PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

July 31, 2009

**BY FIRST-CLASS MAIL**

The Honorable Kimba M. Wood
Chief Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2240
New York, New York 10007-1312

    Re:    Securities and Exchange Commission v. Cobalt Multifamily
            Investors I, LLC, et al.; 06 Civ. 2360 (KMW) (MHD)

Dear Chief Judge Wood:

    We represent Anthony Paduano, the Receiver for defendants Cobalt Multifamily Investors I, LLC, Cobalt Multifamily Co. I, LLC, and Cobalt Capital Funding, LLC and relief defendant Vail Mountain Trust in the above-referenced action.

    Enclosed is a courtesy copy of the Notice of the Receiver's Accounting of Cobalt Assets, dated July 31, 2009, which the Receiver electronically filed with the Court earlier today.

                                          Respectfully submitted,

                                          Leonard Weintraub

(Enclosure)

cc:    Magistrate Judge Dolinger (by mail w/enclosure)
        The Attached Service List (by mail w/enclosure)

1

Leonard Weintraub (LW 7258)
Kathryn L. Bedke (KB 7855)
Steven Castaldo (SC 0520)
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
(212) 785-9100
Attorneys for the Receiver

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
SECURITIES AND EXCHANGE COMMISSION,      :

                    Plaintiff,            :

                -against-              : 06 Civ. No. 2360 (KMW) (MHD)

COBALT MULTIFAMILY INVESTORS I, LLC,     :
COBALT MULTIFAMILY CO. I, LLC,
COBALT CAPITAL FUNDING, LLC,             :
MARK A. SHAPIRO, IRVING J. STITSKY
and WILLIAM B. FOSTER,                   :

                Defendants, and        :

VAIL MOUNTAIN TRUST,                     :

                Relief Defendant.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF THE RECEIVER'S ACCOUNTING OF COBALT ASSETS

Pursuant to the Court's June 24, 2009 Order approving the SEC's Plan of Distirbution, on July 22, 2009, the Receiver wire transferred to the Court's CRIS account a total of $1,076,603.97. Pursuant to the SEC's instructions, the Receiver is still in possession of $248,952.22 (as of July 22, 2009), which the Receiver will dispose of as subsequently directed by the SEC and/or the Court.

2

Attached hereto is an accounting of all Cobalt assets that the Receiver has seized, recovered or otherwise acquired since his appointment on March 28, 2006 (the "Accounting"). The Accounting indicates which monies have been wire transferred to the Court's CRIS account, and which monies are still held by the Receiver.

Dated: New York New York
      July 31, 2009

                              PADUANO & WEINTRAUB LLP

                              By: _____
                              Leonard Weintraub (LW 7258)
                              Kathryn L. Bedke (KB 7855)
                              Steven Castaldo (SC 0520)
                              1251 Avenue of the Americas
                              Ninth Floor
                              New York, New York 10020
                              (212) 785-9100

                              Attorneys for the Receiver

## COBALT ACCOUNTING

| | | | Assets Still Held By the Receiver | |
|---|---|---:|---:|---|
| **BANK ACCOUNTS FROZEN BY THE SEC AND SECURED BY THE RECEIVER** | | | | |
| 04/11/06 | Webster Bank | $4,438.71 | | |
| 04/11/06 | Webster Bank | $1,365.00 | | |
| 04/11/06 | Webster Bank | $87,182.70 | | |
| 04/11/06 | Webster Bank | $14,628.32 | | |
| 04/11/06 | Webster Bank | $23,260.55 | | |
| 04/11/06 | Webster Bank | $14,903.81 | | |
| 04/11/06 | Webster Bank | $134,575.86 | | |
| 04/11/06 | Webster Bank | $100.00 | | |
| 04/11/06 | Webster Bank | $8,782.75 | | |
| 04/11/06 | Webster Bank | $2,986.41 | | |
| 04/25/06 | Webster Bank | $833.46 | | |
| | | **$293,057.57** | $0.00 | |
| | | | | |
| **ADDITIONAL BANK/SECURITIES ACCOUNTS SEIZED BY THE RECEIVER** | | | | |
| 08/28/06 | Wachovia Bank | $35,859.42 | | |
| 08/31/06 | Bank of America | $7,949.69 | | |
| 12/31/06 | Fidelity Securities Account - transferred 7/22/09 | $106,337.66 | | |
| | | **$150,146.77** | $0.00 | |
| | | | | |
| **SALE OF REAL ESTATE** | | | | |
| 12/01/06 | Hogan & Hartson sale of Icon apartment | $181,212.72 | $10,000.00 | (potential fees in connection w/ sale) |
| 12/05/06 | Hogan & Hartson sale of Mercury apartment | $91,946.75 | | |
| 06/28/06 | Texas Tax Credit properties re 6/22 order (net) | $20,000.00 | | |
| | | **$293,159.47** | | |
| | | | | |
| **SALE OF OTHER COBALT ASSETS** | | | | |
| various | Jewelry Sale Proceeds | $60,000.00 | | |
| 05/19/06 | Majestic Properties, furniture/electronic sale (Miami) | $39,000.00 | | |
| 11/14/06 | Barkley Masters Assn (Fla. copier) | $1,000.00 | | |
| 10/31/06 | Palm Beach Business Systems (Fla. copier) | $750.00 | | |
| 01/04/07 | Sale of 2006 Porsche | $20,243.25 | | |
| 12/12/06 | Sale of Photocopier | $2,000.00 | | |
| 02/22/07 | Doherty Wallace etal - proceeds from 155 Maple St (Mass) | $25,000.00 | | |
| 08/27/08 | Proceeds from sale of Cobalt office items in annex | $4,037.00 | | |
| | | **$152,030.25** | $0.00 | |
| | | | | |
| **ARDEN LITIGATION SETTLEMENTS** | | | | |
| 07/11/06 | Andy Miller (re demand letter) | $2,570.00 | | |
| 11/27/06 | Nathan Youngs (settlement) | $1,050.00 | | |
| 09/06/06 | Devorah Shalev (settlement) | $5,250.00 | | |
| 09/26/06 | Jason Block (settlement) | $7,143.75 | | |
| 02/08/07 | Lisa Arden (settlement) | $875.00 | | |
| 07/23/08 | Jennifer Wilkov (settlement) | $1,000.00 | | |
| various | Sam Nakhleh - 4 payments of 12 | $7,333.35 | | |
| various | Tom Dzwilewski - 4 payments of 6 | $2,333.36 | | |
| | | **$27,555.46** | $27,555.46 | |

## COBALT ACCOUNTING

| Date | DEMAND LETTERS/OTHER LITIGATION SETTLEMENTS | Amount | Assets Still Held By the Receiver | Note |
|---|---|---|---|---|
| 06/22/06 | Buchwald Jewelers (re demand letter) | $2,109.16 | | |
| | Eastern Capital Group - settlement plus legal fees/interest | $151,324.63 | | |
| | | $153,433.79 | $19,944.50 | (Judge Dolinger's award of attorneys fees to P&W) |

**RENTAL INCOME**

| Date | Description | Amount | |
|---|---|---|---|
| 05/12/06 | Paskill & Stapleton (Springfield) | $1,450.00 | |
| 06/08/06 | Paskill & Stapleton (Springfield) | $1,450.00 | |
| 07/11/06 | Paskill & Stapleton (Springfield) | $1,450.00 | |
| 08/04/06 | Paskill & Stapleton (Springfield) | $1,450.00 | |
| 09/06/06 | Paskill & Stapleton (Springfield) | $1,450.00 | |
| 10/10/06 | Paskill & Stapleton (Springfield) | $1,450.00 | |
| 11/06/06 | Paskill & Stapleton (Springfield) | $1,450.00 | |
| 12/04/06 | Paskill & Stapleton (Springfield) | $1,450.00 | |
| 02/20/07 | Paskill & Stapleton (Springfield) | $2,900.00 | |
| 06/23/06 | Mercury South Beach Resort (Miami) | $1,702.49 | |
| 06/24/06 | Mercury South Beach Resort (Miami) | $1,600.39 | |
| 09/06/06 | Mercury South Beach Resort (Miami) | $448.25 | |
| 10/31/06 | Mercury South Beach Resort (Miami) | $195.54 | |
| 11/17/06 | Mercury South Beach Resort (Miami) | $11.52 | |
| 01/04/07 | Mercury South Beach Resort (Miami) | $1,380.52 | |
| | | $19,838.71 | $0.00 |

**MISCELLANEOUS**

| Date | Description | Amount | Held | Note |
|---|---|---|---|---|
| various | Bank Interest | $60,388.96 | | |
| 07/11/06 | City Nat'l Bank Of Florida | $6,669.64 | | |
| various | US Treasury tax refunds / NYSDOL refunds | $28,145.44 | | |
| 08/04/06 | CheckPoint HR payroll refund | $10,225.51 | | |
| 05/23/06 | Insurance proceeds re Great Neck Office | $274.50 | | |
| 01/17/07 | From Yale Mortgage Co. (Two Elk Trust @ 155 Maple St) | $152.19 | | |
| 12/13/06 | Interest earned on deposit | $1,966.21 | | |
| 03/16/07 | Hobby Place operating account funds | $61,200.00 | $62,809.31 | (includes interest) |
| 03/16/07 | Maxey Village/Hobby Place security deposit balances | $3,608.91 | $3,703.81 | (includes interest) |
| 04/29/08 | Versailles Apts - Debtor in Possession (Wachovia) | $7,730.30 | $7,933.58 | (includes interest) |
| 06/18/07 | Denner Pellegrino LLP - return of Foster's initial retainer | $50,000.00 | | |
| 07/06/09 | Gottfried & Assoc. - refund unused portion of retainer | $2,740.00 | | |
| | Cobalt Agent for High Pointe Plaza Insurance Escrow | $7,518.86 | $7,676.18 | (includes interest) |
| | Hobby Apartments insurance claim / International Interests | $108,328.60 | $109,329.38 | (includes interest) |
| | | $348,949.12 | | |

| | | | |
|---|---|---|---|
| **Total - Seized by the Receiver** | | $1,145,113.57 | |
| **Total Gross Funds Seized & Secured by the Receiver** | | $1,438,171.14 | |
| Less: Receiver expenditures (see attached) | | ($112,614.95) | |
| **Total Net Funds Seized & Secured by the Receiver** | | $1,325,556.19 | |
| **Amount transferred to SDNY - 7/22/09** | | $1,076,603.97 | |
| **Total Amount Still Held by the Receiver** | | | $248,952.22 |

## COBALT RECEIVER EXPENDITURES (from Cobalt Funds)

### INSURANCE - FLORIDA PROPERTIES

| Date | Description | Amount |
|---|---|---|
| 05/12/06 | Citizens Property Insurance Corp - CMF South Beach | $3,774.00 |
| 05/26/06 | Premium Assignment Corporation - CMF South Beach | $5,445.09 |
| 06/13/06 | Sullivan Company LLC - Simone Beach Club West | $4,364.60 |
| 06/29/06 | Sullivan Company LLC - CMF South Beach | $11,933.44 |
| 07/07/06 | Premium Assignment Corp - Simone Beach Club West | $4,659.26 |
| 07/21/06 | Premium Assignment Corp - Simone Beach Club West | $4,437.39 |
| 07/21/06 | Premium Assignment Corporation - CMF South Beach | $3,724.84 |
| 08/10/06 | Premium Assignment Corporation - CMF South Beach | $3,724.84 |
| 08/10/06 | Premium Assignment Corp - Simone Beach Club West | $4,437.39 |
| 09/13/06 | Premium Assignment Corporation - CMF South Beach | $3,724.84 |
| 01/09/07 | Vin Vizzo Adjusters LLC - Ins re Simone South Beach | $1,000.00 |
| | | **$51,225.69** |

### MISCELLANEOUS - FLORIDA PROPERTIES

| Date | Description | Amount |
|---|---|---|
| 06/21/06 | National Construction Rentals Inc. - fence rental | $132.53 |
| 06/21/06 | American Security Systems Locksmith - TRIO | $197.95 |
| 06/29/06 | National Construction Rentals Inc. - fence rental | $37.02 |
| 07/21/06 | National Construction Rentals Inc. - fence rental | $95.51 |
| 08/10/06 | National Construction Rentals Inc. - fence rental | $132.53 |
| 09/13/06 | National Construction Rentals Inc. - fence rental | $132.53 |
| 10/23/06 | National Construction Rentals Inc. - fence rental | $132.53 |
| 12/12/06 | National Construction Rentals Inc. - fence rental | $302.08 |
| | | **$1,162.68** |

### MISCELLANEOUS - MASSACHUSETTS PROPERTIES

| Date | Description | Amount |
|---|---|---|
| 08/22/06 | Moving Services re Springfield Copiers | $875.00 |
| | | **$875.00** |

### MISCELLANEOUS - TEXAS PROPERTIES

| Date | Description | Amount |
|---|---|---|
| 12/12/06 | Terry Hawkins - Photo Gathering | $300.00 |
| | | **$300.00** |

### RETAINER - PROFESSIONALS

| Date | Description | Amount |
|---|---|---|
| 05/26/06 | RSM McGladrey Inc - Forensic Accountants | $20,000.00 |
| 12/21/06 | Gottfried & Associates PC - professional services | $15,000.00 |
| 03/02/07 | Keith Kramer CPA - Tax/Accounting services | $6,000.00 |
| | | **$41,000.00** |

### PROCESS SERVERS

| Date | Description | Amount |
|---|---|---|
| 06/21/06 | Demovsky Lawyer Service - service on C. Shapiro | $267.75 |
| 06/21/06 | Demovsky Lawyer Service - service on Taniszewska/Pio | $494.38 |
| 12/12/06 | Front Range Legal Process Service - service on J. Stitsky | $65.00 |
| 08/22/06 | Ann Rock - service on Bridge Capital LLC | $200.00 |
| | | **$1,027.13** |

## COBALT RECEIVER EXPENDITURES (from Cobalt Funds)

### COURT COSTS / TRANSCRIPT FEES

| Date | Description | Amount |
|---|---|---|
| 06/21/06 | Veritext New York Reporting - video - Robert Cohen | $480.75 |
| 06/21/06 | Veritext New York Reporting - transcript - Robert Cohen | $873.75 |
| 06/29/06 | Southern District Reporters - 5/4/06 Cobalt Hearing | $137.50 |
| | | **$1,492.00** |

### DOCUMENT COPYING COSTS - OUTSIDE VENDORS

| Date | Description | Amount |
|---|---|---|
| 06/21/06 | Capossella Cohen document production | $515.55 |
| | | **$515.55** |

### COBALT PAYROLL EXPENSES

| Date | Description | Amount |
|---|---|---|
| 01/08/07 | CheckPoint HR - 2006 Year End Payroll Processing | $2,500.00 |
| | | **$2,500.00** |

### PAYMENTS TO RAIPHER PELLEGRINO, Esq. (pursuant to court order)

| Date | Description | Amount |
|---|---|---|
| 10/23/06 | original transfer from Webster Bank | $8,831.60 |
| 10/23/06 | original transfer from Webster Bank | $3,003.02 |
| | | **$11,834.62** |

### MISCELLANEOUS

| Date | Description | Amount |
|---|---|---|
| 06/29/06 | Chase Bank - stop payment fee | $25.00 |
| 08/14/06 | Chase Bank - safe deposit box rental | $81.28 |
| 09/13/06 | USPS - post office box rental | $124.00 |
| 12/05/06 | Chase Bank - wire fees | $24.00 |
| 03/02/07 | Change of Registered Agent service re Cobalt Financial Inc. | $120.00 |
| 03/23/07 | USPS - post office box rental | $124.00 |
| 09/24/07 | USPS - post office box rental | $184.00 |
| | | **$682.28** |

| | | |
|---|---|---|
| | Total - Cobalt Receiver Expenditures (from Cobalt Funds) | **$112,614.95** |

**SERVICE LIST**

Nancy A. Brown, Esq.
Paul W. Ryan, Esq.
Securities & Exchange Commission (3 WFC)
3 World Financial Center, Room 4300
New York, New York 10281
212 336-1023
(212) 336-1322 (fax)
brownn@sec.gov
ryanp@sec.gov

Deborah Deitsch-Perez, Esq.
Lackey Hershman, L.L.P.
Attorney for Bridge Capital, LLC
3102 Oak Lawn Avenue, Ste. 700
Dallas, Texas 75219
(214) 560-2201
(214) 560-2203 (fax)
ddp@lhlaw.net

Marc Gurell, Esq.
Seyfarth and Shaw, LLP
1270 Avenue of the Americas
Suite 2500
New York, New York 10020
(212) 218-5569
(212) 218-5526 (fax)
mgurell@seyfarth.com

Faith A. Friedman, Esq.
Law Offices of Gerald B. Lefcourt, P.C.
148 East 78th Street
New York, New York 10021
(212) 737-0400 x327
(212) 988-6192 (fax)
ffriedman@lefcourtlaw.com

Raipher D. Pellegrino, Esq.
Denner Pellegrino, LLP
Attorney for William B. Foster
265 State Street
Springfield, Massachusetts 01103
(413)746-4400
(413)746-2816 (fax)
rpellegrino@dennerpellegrino.com

Mr. Irving Stitksy
296 Woody Row
Milan, New York 12571

David L. Swanson, Esq.
Locke Liddell & Sapp LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
(214) 740-8514
(214) 740-8800 (fax)
dswanson@lockeliddell.com

Mr. Mark A. Shapiro
Metropolitan Detention Center—Brooklyn
P.O. Box 329002
Brooklyn, New York 11232
(by certified mail)