```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA
                                    :
          -v.-                          ORDER OF RESTITUTION
                                    :   S1 06 Cr. 357 (KMW)
IRVING STITSKY,
                                    :
              Defendant.
                                    :
- - - - - - - - - - - - - - - - - -x
```

WHEREAS, on or about August 31, 2009, IRVING STITSKY

("the defendant"), was charged in an five-count Superseding

Indictment S1 06 Cr. 357 (KMW) (the "Indictment") with conspiracy

to commit securities fraud, wire fraud and mail fraud, in

connection with his participation in a scheme to solicit funds

from investors, from in or about January 2003 through on or about

March 27, 2006, in violation of Title 18 U.S.C. § 371 (Count

One); with securities fraud, in connection with his participation

in a scheme to defraud purchasers of a CCP-LLC Units, from in or

about January 2003 through on or about March 27, 2006, in

violation of 15 U.S.C. §§ 78j(b) & 78ff, 17 C.F.R. § 240.10b-5

and 18 U.S.C. § 2 (Count Two); with securities fraud, in

connection with his participation in a scheme to defraud

purchasers of a CMFI-LLC Units, from in or about January 2003

through on or about March 27, 2006, in violation of 15 U.S.C. §§

78j(b) & 78ff, 17 C.F.R. § 240.10b-5 and 18 U.S.C. § 2 (Count

Three); with wire fraud, on August 11, 2005, based on interstate

wire transmissions in furtherance of his frauds, in violation of

Title 18 U.S.C. §§ 1343 and 2 (Count Four); and with mail fraud

-1-

on June 24, 2005, based on use of the mails in furtherance of his frauds, in violation of Title 18 U.S.C. §§ 1341 and 2 (Count Five);

WHEREAS, on or about November 23, 2009, STITSKY was convicted by a jury of Counts One through Five;

WHEREAS, restitution for the offenses is mandatory pursuant to Title 18, United States Code, Section 3663A;

WHEREAS, the Government has determined that the amounts set out in Attachment A attached hereto as "Loss Amounts" represent the fair and accurate amounts in compensable losses to victims resulting from the offenses described in the indictment, less certain monies paid to the Court's CRIS account, the net of which amounts to $22,075,631;

WHEREAS, the Government has informed defense counsel of its foregoing determination of the compensable losses to victims resulting from the offenses; and

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that IRVING STITSKY, the defendant, shall make restitution as follows:

1.    The defendant shall make payments in the amount of ten percent of his gross monthly income, with payments to begin within thirty days of the date of judgment.

2.    All restitution payments made by the defendant shall be payable to the Clerk of the Court, Southern District of New York, to be distributed, on a pro rata basis, to the victims

-2-

identified in attached Attachment A, in the amounts identified on each such schedule.

SO ORDERED:
July ___, 2010

 

 

HONORABLE KIMBA M. WOOD
United States District Judge

# ATTACHMENT A

# COBALT VICTIM LIST

| | First Name | Last Name | Loss Amount | Associated Entity |
|---|---|---|---|---|
| 1 | David | Able | $ 100,000 | |
| 2 | Phillip | Ackerman | $ 25,000 | |
| 3 | Michael | Ambrosino | $ 100,000 | |
| 4 | Robert | Anarumo | $ 100,000 | |
| 5 | Daniel | Andriano | $ 42,000 | |
| 6 | Jack | Auguste | $ 27,211 | |
| 7 | Glenn | Axelrod | $ 25,000 | |
| 8 | Kenneth | Babcock | $ 25,000 | |
| 9 | Michael | Baker | $ 25,000 | |
| 10 | John | Band | $ 11,815 | |
| 11 | Bernardo | Barcelona | $ 20,357 | |
| 12 | Marie | Baron | $ 23,631 | |
| 13 | David | Bauer | $ 25,000 | |
| 14 | Michael | Bauer | $ 25,000 | |
| 15 | George | Bayer | $ 11,814 | |
| 16 | Norman | Beck | $ 25,000 | |
| 17 | Steven | Beck | $ 50,000 | |
| 18 | Jeffrey | Belmont | $ 100,000 | |
| 19 | Matthew | Benjamin | | |
| 20 | Marcia | Benjamin | $ 343,304 | |
| 21 | Charles | Binstock | $ 25,000 | |
| 22 | Michael | Blaymore | $ 48,963 | |
| 23 | Rethea | Boone | $ 4,703 | |
| 24 | Sam | Borod | $ 50,000 | |
| 25 | Ellen | Borod | $ 47,261 | |
| 26 | Peter | Brathauer | $ 100,000 | |
| 27 | John | Bria | $ 50,000 | |
| 28 | M. | Bria | $ 50,000 | |
| 29 | David | Brooks | | |
| 30 | Paula | Brooks | $ 100,000 | |
| 31 | Jeffrey | Broome | $ 48,553 | |
| 32 | David | Brown | $ 50,000 | |
| 33 | Shelley | Brown | $ 13,705 | |
| 34 | Jim | Bullock | $ 12,500 | |
| 35 | William | Byer | $ 50,000 | |
| 36 | Angela | Calcaterra | $ 25,000 | |
| 37 | Alex | Canaan | $ 25,206 | |
| 38 | Anne | Capasso | $ 100,000 | |

| | **First Name** | **Last Name** | **Loss Amount** | | **Associated Entity** |
|---|---|---|---|---|---|
| 39 | Felicia | Carco | $ | 12,500 | |
| 40 | William | Cassidy | $ | 24,310 | |
| 41 | Frank | Cassisi | $ | 93,678 | |
| 42 | Teresa | Cassisi | $ | 27,019 | |
| 43 | Aniello | Cecora | $ | 12,500 | |
| 44 | Elaine | Cederberg | $ | 19,395 | |
| 45 | Scott | Charney | $ | 50,000 | |
| 46 | Ralph | Chicas | $ | 125,000 | |
| 47 | Peter | Ciccone | $ | 23,995 | |
| 48 | Cipco Developers (Newman) | | $ | 25,000 | |
| 49 | Robert | Clark | $ | 36,131 | |
| 50 | Rick | Clayton | $ | 103,244 | |
| 51 | Ira | Cohen | $ | 50,000 | |
| 52 | Jason | Cohen | $ | 12,500 | |
| 53 | Linda | Cohen-White | $ | 25,000 | |
| 54 | David | Coren | $ | 50,000 | |
| 55 | Alan | Cornfield | $ | 250,000 | |
| 56 | Cynthia | Craig | $ | 33,082 | |
| 57 | Michael | D'Adamo | $ | 25,000 | |
| 58 | Frank | D'Adamo | $ | 25,000 | |
| 59 | Luigi | D'Onofrio | | | |
| 60 | Maureen | D'Onofrio | $ | 60,000 | |
| 61 | Mitchel | Dancyger | | | |
| 62 | Gale | Dancyger | $ | 25,000 | |
| 63 | J.P. | De Langre | $ | 100,000 | |
| 64 | Daphney | Dickenson | $ | 30,000 | |
| 65 | Susan | Director | $ | 94,523 | |
| 66 | Peter | Dirkes | $ | 12,500 | |
| 67 | Sahne | Donovan | $ | 24,768 | |
| 68 | Allen | Dougherty | $ | 97,260 | First Trust Corporation |
| 69 | Douglas | Draper | | | |
| 70 | Leann | Draper | $ | 190,000 | Draper Family LLP |
| 71 | Douglas | Draper | | | |
| 72 | Leann | Draper | $ | 135,000 | Draper Family Trust |
| 73 | Nick | Drossos | | | |
| 74 | Kathleen | Drossos | $ | 60,000 | |
| 75 | Jay | Dworkin | $ | 25,000 | |
| 76 | Howard | Dworkin | $ | 25,000 | |
| 77 | Perry | Dworkin | $ | 60,000 | |
| 78 | Suzanne | Dyer | $ | 120,245 | |
| 79 | Ronald | Edwards | $ | 11,816 | |
| 80 | Wayne | Eisen | | | |
| 81 | Cindy | Eisen | $ | 12,500 | |

Page 2

| | **First Name** | **Last Name** | **Loss Amount** | | **Associated Entity** |
|---|---|---|---|---|---|
| 82 | S. Marcia | Ellgman | $ | 25,000 | |
| 83 | Alfred | Elsner | $ | 18,083 | FBO Windsor Chemicals Profit Sharing Plan |
| 84 | David | Elsner | $ | 14,890 | |
| 85 | Jonathon | Elsner | $ | 14,890 | |
| 86 | Joyce | Even | $ | 34,076 | |
| 87 | Mark | Even | $ | 25,774 | |
| 88 | E.W. Gordon Pension Plan | | $ | 66,500 | |
| 89 | Melvin | Febesh | | | |
| 90 | Theda | Febesh | $ | 50,000 | |
| 91 | Ronald | Feldman | $ | 100,000 | |
| 92 | Glenn | Feldman | $ | 11,815 | Furrows Development Corp |
| 93 | Benjamin | Ferrara | $ | 50,000 | |
| 94 | Francie | Filmore | $ | 46,931 | |
| 95 | Leon | Fletcher | $ | 10,000 | |
| 96 | Jeanne | Fontana | $ | 50,000 | |
| 97 | Luis | Forte | $ | 59,755 | |
| 98 | Jonathan | Foster | $ | 40,000 | |
| 99 | Robert | Freericks | $ | 50,000 | |
| 100 | Wayne | Galvin | $ | 29,815 | |
| 101 | Robert | Gaudet | $ | 25,000 | |
| 102 | Esperanza | Gavilla | $ | 38,465 | |
| 103 | Esperanza | Gavilla | $ | 11,535 | |
| 104 | Robert | Geier | $ | 94,523 | Jamma Four LLC |
| 105 | Ruth | Geier | $ | 30,000 | |
| 106 | Michael | Giller | $ | 25,000 | |
| 107 | Michael | Giller | $ | 50,000 | Bretcor Associates Inc. Defined Benefit Pension Plan |
| 108 | Richard | Glass | $ | 11,815 | |
| 109 | Robert | Goldstone | $ | 131,000 | |
| 110 | Joel | Golub | $ | 23,631 | |
| 111 | Arthur | Goodman | | | |
| 112 | Arlene | Goodman | $ | 100,189 | |
| 113 | Frank | Granati | | | |
| 114 | Victoria | Granati | $ | 50,000 | |
| 115 | Phillip | Granati | $ | 25,000 | |
| 116 | Helen | Gruber | $ | 150,000 | |
| 117 | Stanley | Gruber | $ | 318,000 | |
| 118 | Suzanne | Guerrier | $ | 12,500 | |
| 119 | Ashok | Gupta | $ | 13,000 | |
| 120 | Ino | Halegua | $ | 500,000 | |
| 121 | Brian | Halprin | $ | 12,500 | |
| 122 | John | Hammer | $ | 47,260 | |

Page 3

| | **First Name** | **Last Name** | **Loss Amount** | | **Associated Entity** |
|---|---|---|---|---|---|
| 123 | Paul | Hammer | $ | 23,631 | |
| 124 | Richard | Hand | | | |
| 125 | Lois | Hand | $ | 25,000 | |
| 126 | Richard | Hao-Hsiang Liaw | $ | 100,000 | |
| 127 | George | Hara | $ | 25,000 | |
| 128 | Edward | Harra | $ | 25,000 | |
| 129 | Louis | Healy | $ | 25,000 | |
| 130 | Evan | Heller | $ | 12,500 | |
| 131 | Harry | Hersh | $ | 25,000 | |
| 132 | Patricia | Heuberger | $ | 58,595 | |
| 133 | Gary | Hickman | $ | 50,000 | |
| 134 | Rose | Hightower | $ | 12,500 | |
| 135 | Kenneth | Hogan | | | |
| 136 | Ellen | Hogan | $ | 248,803 | |
| 137 | Steven | Horowitz | $ | 25,000 | |
| 138 | Mary | Humfelt | $ | 750,000 | Falifax Inc. |
| 139 | Eero | Hyvonen | $ | 94,521 | OKT Realty Trust |
| 140 | Sanjay | Israni | | | |
| 141 | Sanjiv | Sahni | $ | 46,651 | |
| 142 | Dennis | Iuliucci | $ | 25,000 | |
| 143 | Kurt | Jacobson | $ | 12,692 | |
| 144 | S. | Jaffri | $ | 12,500 | |
| 145 | Greta | Jenkins | | | |
| 146 | Cory | Jenkins | $ | 12,500 | |
| 147 | | | $ | 23,631 | JP Partners |
| 148 | Harriet | Kagan | $ | 50,000 | |
| 149 | Ronald | Kaplan | $ | 25,000 | |
| 150 | Steven | Kauff | $ | 60,000 | |
| 151 | Paul | Kaye | $ | 194,521 | |
| 152 | Kayjor Enterprises LLC | | $ | 25,000 | |
| 153 | Thomas | Kennedy | $ | 98,997 | |
| 154 | Robin | Kernitzky | $ | 12,892 | |
| 155 | Jeremy | Kessler | $ | 25,000 | |
| 156 | James | Kiltie | $ | 46,932 | |
| 157 | S. Dana | Kimball | $ | 50,000 | |
| 158 | Bruce | Klein | $ | 23,150 | |
| 159 | Carol Ann | Klemm | $ | 25,000 | |
| 160 | James | Kouzoukian | $ | 11,815 | |
| 161 | Harley | Kravitz | $ | 47,260 | |
| 162 | David | Krokoff | $ | 25,000 | |
| 163 | Sandy | Krulak | $ | 47,262 | |
| 164 | Charles | Kutch | $ | 50,026 | |
| 165 | Scott | Lander | $ | 100,000 | Youngs Garden Gift and Pond Inc. |

| | **First Name** | **Last Name** | **Loss Amount** | | **Associated Entity** |
|---|---|---|---|---|---|
| 166 | Andrew | Langer | $ | 25,000 | |
| 167 | Peter | Lavi | $ | 50,000 | The Colonial Group |
| 168 | Barry | Liebowitz | $ | 86,500 | |
| 169 | Robert | Leisten | $ | 23,631 | Diagnostic Foot Specialists Profit Sharing Plan |
| 170 | Robert | Leisten | $ | 23,630 | Diagnostic Foot Specialist/Money Purchase Pension Plan FBO |
| 171 | Robert | Libby | $ | 23,631 | |
| 172 | Mark | Lisch | $ | 47,260 | Diagnostic Foot Specialists MPP |
| 173 | Joseph | Lopez | $ | 25,000 | |
| 174 | Herbert | Lowenthal | $ | 20,000 | |
| 175 | Charles | Lubetkin | $ | 255,000 | W & L Associates LLC |
| 176 | Louis | Luft | $ | 12,500 | |
| 177 | William | Lynch | $ | 12,500 | |
| 178 | Arvinder | Mahil | | | |
| 179 | Aminderpal | Singh | $ | 25,000 | |
| 180 | Clifford | Maldow | $ | 15,000 | |
| 181 | Howard | Manney | $ | 47,262 | |
| 182 | Christopher | Manuel | $ | 100,000 | |
| 183 | Sahne | Mara | $ | 100,000 | |
| 184 | A | Marcus | $ | 12,500 | |
| 185 | George | Marks | $ | 225,000 | |
| 186 | Salvatore | Marra | $ | 300,000 | |
| 187 | Angela | Marse | $ | 48,388 | |
| 188 | Matthew | Matza | $ | 25,000 | |
| 189 | ▓▓▓▓ | ▓▓▓▓ | $ | 12,500 | |
| 190 | Linda | McCollum | $ | 25,000 | |
| 191 | William Danner | McGuinness | $ | 11,815 | |
| 192 | Peter | Miklakos | $ | 25,232 | |
| 193 | June | Miller | $ | 75,453 | |
| 194 | Steven | Miller | $ | 12,500 | |
| 195 | Andrea | Minsky | $ | 192,604 | |
| 196 | Michael | Mistretta | | | |
| 197 | Wendi | Mistretta | $ | 100,000 | |
| 198 | Richard | Mistretta | $ | 100,000 | |
| 199 | Thomasz | Miudzik | $ | 44,178 | |
| 200 | Frank | Molinari | $ | 100,000 | |
| 201 | James | Molinari | | | |
| 202 | Theresa | Molinari | $ | 300,000 | |
| 203 | Albert | Montoya | $ | 13,131 | |
| 204 | Susan | Moore | $ | 200,000 | |
| 205 | Carl | Moroff | $ | 25,000 | |

| | **First Name** | **Last Name** | **Loss Amount** | **Associated Entity** |
|---|---|---|---|---|
| 206 | Carl | Morrow | $ 24,310 | |
| 207 | Joseph | Moshe | $ 23,997 | |
| 208 | Michael | Moutal | $ 47,701 | Lady Aster Foundation |
| 209 | John | Mullan | $ 27,888 | |
| 210 | Abbie | Naff | $ 107,000 | |
| 211 | Roy | Nardin | $ 25,000 | |
| 212 | Robert | Nelson | $ 25,000 | |
| 213 | Samson | Newman | | |
| 214 | Lorada | Newman | $ 47,261 | |
| 215 | George | Noon | $ 97,262 | |
| 216 | Stan | Norwalk | $ 75,000 | |
| 217 | Neil | Novak | $ 50,000 | |
| 218 | Marcia | November | $ 27,458 | |
| 219 | James | O'Hare | $ 250,000 | Lafayette Financial LLC |
| 220 | Terry Keller | O'Hare | $ 65,000 | |
| 221 | Atsuko | Okabe | $ 25,395 | |
| 222 | Avi | Oster | $ 1,194,522 | Oster Properties |
| 223 | Ann | Oster | $ 700,000 | |
| 224 | Marla | Olivera | $ 85,000 | |
| 225 | Kiran | Pandya | $ 23,631 | |
| 226 | Irene | Papacosta | $ 3,474 | |
| 227 | Irene | Papacosta | $ 9,100 | Tula, Inc. |
| 228 | Louis | Pappas | $ 2,000,000 | |
| 229 | Linda | Parker | $ 25,000 | |
| 230 | Jiten | Patel | $ 11,816 | |
| 231 | Parful | Patel | $ 11,815 | Best Cleaners (Charu Inc.) |
| 232 | Stephen | Patino | $ 200,000 | |
| 233 | Perry | Perzov | $ 50,000 | |
| 234 | Bruce | Peterson | $ 25,000 | |
| 235 | Adele | Phillips | $ 50,000 | |
| 236 | Paul | Phillips | $ 50,000 | |
| 237 | Kevin | Pietramala | $ 25,000 | Pietra Estates, Inc. |
| 238 | Abraham | Pouladian | | |
| 239 | Delara | Pouladian | $ 300,008 | |
| 240 | Todd | Prigal | $ 300,000 | |
| 241 | Klaus | Prinz | $ 23,000 | |
| 242 | Stephen Dirk | Pulliam | $ 50,000 | |
| 243 | Larry | Raisfeld | | |
| 244 | Carol | Raisfeld | $ 23,202 | |
| 245 | Gary | Rand | $ 50,000 | Harry Stone Trust |
| 246 | Vincent | Raro | $ 130,000 | |
| 247 | Lisa | Ravella | $ 25,000 | |
| 248 | Ronald | Reed | $ 25,000 | |

Page 6

| | **First Name** | **Last Name** | **Loss Amount** | | **Associated Entity** |
|---|---|---|---|---|---|
| 249 | Allen | Resnick | $ | 50,505 | Lifetime Trust |
| 250 | Andrew | Resnick | $ | 171,661 | |
| 251 | Sheila | Resnick | $ | 50,000 | Lifetime Trust |
| 252 | Solomon | Ripstein | $ | 24,312 | |
| 253 | Robert | Rizzuti | $ | 12,500 | |
| 254 | Howard | Robson | $ | 20,191 | |
| 255 | Stan | Roher | $ | 100,000 | |
| 256 | Alan | Rosen | $ | 25,000 | |
| 257 | Brett | Rosen | $ | 25,000 | |
| 258 | Kevin | Rosen | $ | 25,000 | |
| 259 | Sandra | Rosen | $ | 200,000 | Trylon Realty DBP |
| 260 | Sandra | Rosen | $ | 25,000 | |
| 261 | Michael | Rosenfeld | $ | 50,000 | |
| 262 | Marvin | Rothenberg | $ | 200,000 | |
| 263 | David | Rubenstein | $ | 25,000 | |
| 264 | Neil | Salins | $ | 42,500 | |
| 265 | Kenneth | San Pedro | $ | 46,500 | |
| 266 | James | Sandison | $ | 12,500 | |
| 267 | Maryanne | Santorella | $ | 23,150 | |
| 268 | Paul | Sarote | $ | 25,000 | |
| 269 | Ernest | Sartain | $ | 50,000 | |
| 270 | Christopher | Savine | $ | 93,781 | |
| 271 | Steve | Sazegari | $ | 24,810 | |
| 272 | Felicia | Scala | $ | 25,496 | |
| 273 | Donald | Scanlon | $ | 25,000 | |
| 274 | Paul | Schell | $ | 102,455 | |
| 275 | Eric | Schneider | $ | 35,000 | To the Max, Inc. |
| 276 | Lloyd | Schumann | $ | 12,500 | |
| 277 | Jeffrey | Schwartz | $ | 100,000 | |
| 278 | Riva | Schwartz | $ | 25,000 | |
| 279 | David | Schweid | | | |
| 280 | Jamie | Schweid | | | |
| 281 | Bradley | Schweid | $ | 94,522 | |
| 282 | Clifford | Schwimmer | | | |
| 283 | Fay | Schwimmer | $ | 25,000 | |
| 284 | Phyliss | Segal | $ | 30,000 | |
| 285 | Barry | Segal | $ | 100,000 | Ecology, Inc. |
| 286 | Gary | Segal | | | |
| 287 | Susan | Segal | $ | 50,000 | |
| 288 | Janie Tyler | Sellers | $ | 50,000 | |
| 289 | Joan | Shafran | $ | 23,630 | Joseph Safran Trust DTD 12-5-78 |
| 290 | Joseph | Shafran | $ | 23,631 | Paran Equities Company |
| 291 | Devorah | Shalev | $ | 23,631 | |

| | **First Name** | **Last Name** | | **Loss Amount** | **Associated Entity** |
|---|---|---|---|---|---|
| 292 | Elizabeth | Shew | $ | 94,522 | Premier Real Estate Ventures |
| 293 | Kraig | Silver | $ | 25,000 | |
| 294 | Alan | Silvers | $ | 50,000 | |
| 295 | Florence | Simon | $ | 11,815 | |
| 296 | Amy | Skiles | $ | 12,500 | |
| 297 | Sophie | Slobodien | $ | 25,000 | |
| 298 | James | Speer | $ | 87,996 | |
| 299 | Michael | Sperry | $ | 25,000 | PGI Holdings, LLC |
| 300 | Sandra | Sperry | $ | 75,000 | |
| 301 | Ilene | Staniszewski | $ | 25,000 | |
| 302 | Howard | Starr | $ | 50,000 | |
| 303 | Arthur | Stein | $ | 12,500 | |
| 304 | Andrew | Steinmann | $ | 75,000 | |
| 305 | Allan | Stempler | $ | 82,890 | |
| 306 | William | Stopps | $ | 25,000 | SMBP, LLC |
| 307 | Barbara | Strampe | $ | 25,000 | |
| 308 | James | Strano | $ | 12,500 | |
| 309 | Jay | Strobing | $ | 25,000 | |
| 310 | Thomas | Sullivan | | | |
| 311 | Gwen | Sullivan | $ | 48,624 | |
| 312 | Dennis | Sunshine | | | |
| 313 | Francine | Sunshine | $ | 121,750 | |
| 314 | Jaymee | Sunshine | $ | 45,000 | |
| 315 | Florin | Sutton | $ | 300,000 | |
| 316 | Douglas | Szczesny | $ | 11,814 | |
| 317 | Larue | Taintor | | | |
| 318 | Ruth | Taintor | $ | 25,000 | |
| 319 | Charles | Thompson | $ | 100,000 | |
| 320 | Sheila | Tirshfield | $ | 25,051 | Tirshfield Family Trust |
| 321 | David | Treacy | $ | 40,579 | |
| 322 | | | $ | 48,346 | |
| 323 | Marcy | Tublisky | $ | 20,031 | |
| 324 | Norbert | | $ | 25,000 | Tuseo Living Trust |
| | Norbert | Tuseo | $ | 282,000 | |
| 325 | Virginia | Upton | $ | 50,000 | |
| 326 | Marilyn | Urso | | | |
| 327 | Frank | Urso | $ | 25,000 | |
| 328 | Ted | Vetere | $ | 12,500 | |
| 329 | Audrey | Vigna | $ | 25,000 | |
| 330 | Adam | Waldman | $ | 111,717 | |
| 331 | Karen | Waldman | $ | 13,337 | |
| 332 | D | Wang | $ | 39,000 | |

| | **First Name** | **Last Name** | **Loss Amount** | | **Associated Entity** |
|---|---|---|---|---|---|
| 333 | Weinfang | Wang | $ | 170,000 | |
| 334 | Denicia | Watts | $ | 15,926 | |
| 335 | Donald | Weaver | $ | 12,500 | |
| 336 | Helen | Weinstein | $ | 16,623 | |
| 337 | Jane | Weisbrot | $ | 15,000 | |
| 338 | Mitchell | Weisbrot | $ | 50,000 | |
| 339 | Thomas | Wellman | $ | 25,000 | |
| 340 | Karen | Weiner | $ | 12,000 | |
| 341 | | | $ | 25,000 | |
| | | | $ | 12,500 | Southwest Insurance Svcs., Inc. |
| 342 | Howard | Wilkov | $ | 100,000 | |
| 343 | Jennifer | Wilkov | $ | 50,000 | |
| 344 | Marjorie | Wilkov | $ | 50,000 | |
| 345 | George | Wofford | $ | 24,315 | |
| 346 | Elsie | Wood | $ | 61,969 | |
| 347 | Dennis | Xie | $ | 142,637 | |
| 348 | Laura | Xie | $ | 100,000 | |
| 349 | Gershon | Yormack | | | |
| 350 | Linda | Yormack | $ | 50,000 | |
| 351 | Patricia | Zebrowski | $ | 48,151 | |
| 352 | Martin | Zizi | $ | 12,500 | Trinity of Success Club |
| | | **TOTAL LOSS** | $ | 23,152,235 | |