# EXHIBIT B

[THIS PAGE WAS INTENTIONALLY LEFT BLANK AS THE INFORMATION CONTAINED HEREIN IS CONFIDENTIAL]