# EXHIBIT D



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: STITSKY, IRVING  57309-053

SEQUENCE: 00179616
Report Date: 05-11-2020



| | |
|---|---|
| Facility: | OTV OTISVILLE FCI |
| Name: | STITSKY, IRVING |
| Register No.: | 57309-053 |
| Quarters: | G06-101L |
| Age: | 65 |
| Date of Birth: | ▮1954 |

| | |
|---|---|
| Custody Level: | IN |
| Security Level: | MEDIUM |
| Proj. Rel Date: | 05-26-2082 |
| Release Method: | GCT REL |
| DNA Status: | OTV02369 / 05-26-2011 |

### Contact Information
Release contact & address
ELLEN HOGAN, SISTER
▮▮▮▮ DANBURY, CT 06810
US
Phone (Mobile): ▮▮▮▮

### Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 18:371 CONSP TO COMMITT SECURITIES FRAUD WIRE, FRAUD AND MAIL FRAUD; 18:78J(B) & 78FF SECURITIES FRAUD; 18:1343 WIRE FRAUD;, 18:1341 MAIL FRAUD | 85 YEARS |

Date Sentence Computation Began:     07-06-2010
Sentencing District:     NEW YORK, SOUTHERN DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit - InOp Time |
|---|---|---|---|
| 0 /    0 /    27 | 513 | Years: 10 Months: 6 Days: | +226 · JC - 0    InOp |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Program Plans

MR. STITSKY ARRIVED AT FCI OTISVILLE ON APRIL 27, 2011.  DURING HIS PROGRAM REVIEWS HE HAS BEEN ENCOURAGED TO PARTICIPATE IN PROGRAMMING, MAINTAIN CLEAR CONDUCT, OBTAIN A JOB AND MAKE REQUIRED PAYMENTS TOWARD COURT ORDERED FINANCIAL OBLIGATION.

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| OTV | SAFETY | SAFETY OFFICE | 02-20-2020 |

### Work Assignment Summary

MR. STITSKY IS CURRENTLY ASSIGNED TO THE SAFETY OFFICE WORK DETAIL.  HE HAS HELD THIS POSITION SINCE OCTOBER 30, 2019.

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| OTV | ESL HAS | ENGLISH PROFICIENT | 03-08-2002 |
| OTV | GED HAS | COMPLETED GED OR HS DIPLOMA | 03-20-2002 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| OTV GP | C | INFORMATIONAL JOB FAIR | 05-21-2019 | 05-21-2019 |
| OTV GP | C | INTRO TO PHYSICAL FITNESS | 03-05-2018 | 05-06-2018 |
| OTV GP | W | NUTRITION & SUPPL. CLINIC | 09-16-2017 | 10-09-2017 |
| OTV GP | C | HEALTH FAIR | 09-25-2017 | 09-25-2017 |
| OTV GP | C | SPANISH ACE CLASS  . | 05-04-2017 | 09-29-2017 |
| OTV GP | W | ADVANCED TOAST MASTERS 2ND | 03-12-2017 | 06-10-2017 |
| OTV GP | C | PUBLIC SPEAKING CLASS | 01-31-2017 | 05-24-2017 |
| OTV GP | C | NUTRITION AND WEIGHT CONTROL | 11-23-2016 | 11-23-2016 |
| OTV GP | W | TOAST MASTERS 3RD QUARTER | 06-12-2016 | 07-30-2016 |

**Summary Reentry Plan - Progress Report**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: STITSKY, IRVING  57309-053

SEQUENCE: 00179616
Report Date: 05-11-2020

| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| OTV GP | C | TOAST MASTERS 2ND QUARTER | 03-13-2016 | 06-11-2016 |
| OTV GP | C | TOAST MASTERS 1ST QUARTER | 11-30-2015 | 03-10-2016 |
| OTV GP | C | TENNIS CLINIC | 09-09-2013 | 09-25-2013 |
| OTV GP | C | EXERCISE CLASS | 01-26-2013 | 03-22-2013 |
| OTV GP | C | DEALING WITH TEENAGERS | 03-26-2012 | 05-30-2012 |
| OTV GP | C | EDUCATION ORIENTATION - AM | 06-02-2011 | 06-02-2011 |

**Education Information Summary**

MR. STITSKY HAS PARTICIPATED IN A WIDE VARIETY OF PROGRAMMING DURING HIS TERM OF INCARCERATION.

PARENTING - STUDY OF A VARIETY OF PARENTING RELATED TOPICS LEARNING HOW TO SUCCESSFULLY PARENT REGARDLESS OF DIVORCE OR PARENTING FROM WITHIN THE PRISON WALLS; LEARN HOW TO RE-ESTABLISH PARENTAL TIES.  HE FACILITATED THE STEP PARENTING, TEEN PARENTING AND FATHERS BEHIND BARS FOR THE PAST TWO YEARS.

PUBLIC SPEAKING - PARTICIPANTS LEARN SKILLS NEEDED TO IMPROVE THEIR PUBLIC SPEAKING SKILLS.  HE ALSO FACILITATED THIS PROGRAM.

TOAST MASTERS - SELF-PACE, PEER-GUIDED EDUCATIONAL PROGRAM TO IMPROVE COMMUNICATION AND LEADERSHIP SKILLS.

INFORMATIONAL JOB FAIR - PARTICIPATE IN MOCK INTERVIEWS WITH LOCAL EMPLOYERS AND AGENCIES THAT CRITIQUE THEI INTERVIEW SKILLS AND RESUMES.

**Discipline Reports**

| Hearing Date | Prohibited Acts |
|--------------|-----------------|
| 05-21-2013 | 328 ; GIVING/ACCEPTNG MONEY W/O AUTH |
| 12-01-2011 | 201 ; FIGHTING WITH ANOTHER PERSON |
| 08-03-2011 | 407 : VIOLATING VISITING REGULATIONS |
| 07-16-2002 | 307 : REFUSING TO OBEY AN ORDER |
| 11-08-2001 | 328 : GIVING/ACCEPTNG MONEY W/O AUTH |

**Discipline Summary**

MR. STITSKY HAS MAINTAINED CLEAR CONDUCT SINCE MAY 21, 2013.

**ARS Assignments**

| Facl | Assignment | Reason | Start | Stop |
|------|-----------|--------|-------|------|
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 02-20-2020 | CURRENT |
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 01-30-2020 | 02-20-2020 |
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 01-16-2020 | 01-30-2020 |
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 07-01-2019 | 01-16-2020 |
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 03-11-2019 | 07-01-2019 |
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 01-30-2019 | 03-11-2019 |
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 12-11-2018 | 01-30-2019 |
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 12-10-2018 | 12-11-2018 |
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 11-29-2018 | 12-10-2018 |
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 11-20-2018 | 11-29-2018 |
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 09-21-2018 | 11-20-2018 |
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 08-13-2018 | 09-21-2018 |
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 03-01-2018 | 08-13-2018 |
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 12-22-2017 | 03-01-2018 |
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 07-11-2017 | 12-22-2017 |
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 12-13-2016 | 07-11-2017 |
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 04-12-2016 | 12-13-2016 |
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 11-16-2015 | 04-12-2016 |
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 08-13-2015 | 11-16-2015 |



## Summary Reentry Plan - Progress Report

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: STITSKY, IRVING   57909-053

SEQUENCE: 00179616
Report Date: 05-11-2020

| Faci | Assignment | Reason | Start | Stop |
|------|-----------|--------|-------|------|
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 08-13-2015 | 08-13-2015 |
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 07-27-2015 | 08-13-2015 |
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 02-20-2015 | 07-27-2015 |
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 10-23-2014 | 02-20-2015 |
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 01-30-2014 | 10-23-2014 |
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 11-06-2013 | 01-30-2014 |
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 07-12-2013 | 11-06-2013 |
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 12-18-2012 | 07-12-2013 |
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 08-24-2012 | 12-18-2012 |
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 08-20-2012 | 08-24-2012 |
| OTV GP | A-DES | OTHER AUTH ABSENCE RETURN | 07-13-2012 | 08-20-2012 |
| OTV GP | A-DES | US DISTRICT COURT COMMITMENT | 04-27-2011 | 07-13-2012 |

### Current Care Assignments

| Assignment | Description | Start |
|-----------|-------------|-------|
| CARE1-MH | CARE1-MENTAL HEALTH | 10-31-2011 |
| CARE2 | STABLE, CHRONIC CARE | 10-15-2015 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|-----------|-------------|-------|
| ATH RESTR | NO SPORTS/NO WEIGHT LIFTING | 04-01-2019 |
| LOWER BUNK | LOWER BUNK REQUIRED | 04-01-2019 |
| NO PAPER | NO PAPER MEDICAL RECORD | 11-23-2009 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 04-17-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 11-16-2015 |

### Current PPG Assignments

| Assignment | Description | Start |
|-----------|-------------|-------|

NO ASSIGNMENTS

### Current Drug Assignments

| Assignment | Description | Start |
|-----------|-------------|-------|
| ED NONE | DRUG EDUCATION NONE | 05-03-2011 |

### Physical and Mental Health Summary

MR. STITSKY REGULARLY WORKS OUT AND PARTICIPATES IN RELIGIOUS SERVICES PROGRAMMING.

MR. STITSKY COMPLETED THE VICTIM IMPACT WORKSHOP AND VICTIM IMPACT PROGRAM.  HE DID FACILITATE THE VICTIM IMPACT PROGRAM IN THE PAST BUT CURRENTLY IS NOT.

VICTIM IMPACT WORKSHOP - THIS IS A FIVE WEEK PROGRAM THAT ASSISTS IN THE DEVELOPMENT OF THE PARTICIPANTS MINDSET TOWARD THE CRIMINAL LIFESTYLE BY DE-GLAMORIZING CRIMINAL BEHAVIOR AND ASSISTS IN THE DEVELOPMENT OF EMPATHY BY PLACING SELF IN THE ROLE OF THE VICTIM.  IT ALSO PREPARES INDIVIDUALS FOR ENTRY INTO THE 16 WEEK PROGRAM.

VICTIM IMPACT PROGRAM - THIS IS A 16 WEEK PROGRAM DESIGNED TO ASSIST OFFENDERS IN LEARNING ABOUT VARIOUS CRIMES AND THE IMPACT IT HAS ON VICTIMS.  THEY LEARN HOW TO ACCEPT RESPONSIBILITY FOR THEIR PAST ACTIONS AND HOW TO POSITIVELY CONTRIBUTE TO THEIR COMMUNITIES IN A WAY THAT WILL HELP PREVENT FUTURE VICTIMIZATION.  THEY LEARN THIS THROUGH INSTRUCTION AND BY PARTICIPATING IN VICTIM IMPACT PANELS SO THEY CAN HEAR THE IMPACT THEIR BEHAVIOR HAS HAD

### FRP Details

Most Recent Payment Plan

| FRP Assignment: | PART | FINANC RESP-PARTICIPATES | Start: 06-01-2011 |
|---|---|---|---|
| Inmate Decision: | AGREED | $25.00 | Frequency: QUARTERLY |
| Payments past 6 months: | $50.00 | | Obligation Balance: $23,208,735.00 |

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|-----|------|--------|---------|---------|--------|
| 1 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |



# Summary Reentry Plan - Progress Report

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: STITSKY, IRVING 57309-059

SEQUENCE: 00179616
Report Date: 05-11-2020

## Most Recent Payment Plan

| No. | Type | Amount | Balance | Payable | Status | | | |
|-----|------|--------|---------|---------|--------|---|---|---|
| 5 | ASSMT | $500.00 | $100.00 | IMMEDIATE | EXPIRED | | | |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | | | | |
| 6 | REST FV | $23,152,238.00 | $23,151,735.00 | IMMEDIATE | AGREED | | | |
| | | Adjustments: | Date Added | Fed | Adjust Type | Reason | | Amount |
| | | | 08-09-2020 | OTV | PAYMENT | INSIDE PMT | | $25.00 |
| | | | 03-10-2020 | OTV | PAYMENT | INSIDE PMT | | $25.00 |
| 3 | REST NV | $57,800.00 | $57,000.00 | DEFERRED | AGREED | | | |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | | | | |

## Financial Responsibility Summary

MR. STITSKY IS CURRENTLY PAYING TOWARD HIS COURT ORDERED RESTITUTION.

## Release Planning

MR. STITSKY, IF RELEASED, PLANS TO RESIDE WITH HIS SISTER, ELLEN HOGAN, IN DANBURY, CT. HIS FAMILY PLANS TO SUPPORT HIM FINANCIALLY AND ASSIST HIM IN OBTAINING MEDICAL INSURANCE.

## General Comments

** No notes entered **



| Individualized Needs Plan - Program Review   (Inmate Copy) | | SEQUENCE: 00976556 |
|---|---|---|
| Dept. of Justice / Federal Bureau of Prisons | | Team Date: 10-27-2020 |
| Plan is for inmate: STITSKY, IRVING   57309-053 | | |

| | | | |
|---|---|---|---|
| Facility: | OTV OTISVILLE FCI | Proj. Rel. Date: | 05-25-2082 |
| Name: | STITSKY, IRVING | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 57309-053 | DNA Status: | OTV02369 / 05-25-2011 |
| Age: | 66 | | |
| Date of Birth: | 1954 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| OTV | SAFETY | SAFETY OFFICE | 02-20-2020 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| OTV | ESL HAS | ENGLISH PROFICIENT | 03-06-2002 |
| OTV | GED HAS | COMPLETED GED OR HS DIPLOMA | 03-20-2002 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| OTV | | IN CELL DIGESTIVE SYSTEM | 09-17-2020 | CURRENT |
| OTV | | IN CELL INTRO IN DIABETES | 09-17-2020 | CURRENT |
| OTV | | IN CELL INTRO TO HEPATITIS | 09-17-2020 | CURRENT |
| OTV | | HISTORY OF CERAMICS | 09-17-2020 | CURRENT |
| OTV | | THE CIVIL WAR CLASS | 07-09-2020 | CURRENT |
| OTV | | BENEFITS OF EXERCISE | 09-17-2020 | CURRENT |
| OTV | | HUMAN MUSCULAR SYSTEM | 09-17-2020 | CURRENT |
| OTV GP | C | BEGINNER PORTRAIT DRAWING | 08-20-2020 | 09-10-2020 |
| OTV GP | C | HISTORY OF CERAMICS | 08-20-2020 | 09-10-2020 |
| OTV GP | C | HISTORY OF WORLD WAR II | 07-15-2020 | 08-18-2020 |
| OTV GP | C | EARLY AMERICAN HISTORY | 06-24-2020 | 08-07-2020 |
| OTV GP | C | IN CELL HYPERTENSION | 07-23-2020 | 08-06-2020 |
| OTV GP | C | IN CELL NERVOUS SYSTEM | 07-23-2020 | 08-12-2020 |
| OTV GP | C | IN CELL INTRO TO HEPATITIS | 07-23-2020 | 08-06-2020 |
| OTV GP | C | IN CELL DIGESTIVE SYSTEM | 07-23-2020 | 08-06-2020 |
| OTV GP | C | IN CELL NUTRITION LABEL | 07-11-2020 | 07-17-2020 |
| OTV GP | C | SKIN CANCER AWARENESS | 07-11-2020 | 07-17-2020 |
| OTV GP | C | HUMAN SKELETAL SYSTEM | 07-11-2020 | 07-17-2020 |
| OTV GP | C | IN CELL INTRO IN DIABETES | 07-11-2020 | 07-17-2020 |
| OTV GP | C | BENEFITS OF EXERCISE | 07-11-2020 | 07-17-2020 |
| OTV GP | C | HUMAN MUSCULAR SYSTEM | 07-02-2020 | 07-09-2020 |
| OTV GP | C | NUTRITION | 07-02-2020 | 07-09-2020 |
| OTV GP | C | HISTORY OF WORLD WAR I | 06-24-2020 | 07-07-2020 |
| OTV GP | C | INFORMATIONAL JOB FAIR | 05-21-2019 | 05-21-2019 |
| OTV GP | C | INTRO TO PHYSICAL FITNESS | 03-05-2018 | 05-06-2018 |
| OTV GP | W | NUTRITION & SUPPL. CLINIC | 09-16-2017 | 10-09-2017 |
| OTV GP | C | HEALTH FAIR | 09-25-2017 | 09-25-2017 |
| OTV GP | C | SPANISH ACE CLASS | 05-04-2017 | 06-29-2017 |
| OTV GP | W | ADVANCED TOAST MASTERS 2ND | 03-12-2017 | 06-10-2017 |
| OTV GP | C | PUBLIC SPEAKING CLASS | 01-31-2017 | 05-24-2017 |
| OTV GP | C | NUTRITION AND WEIGHT CONTROL | 11-23-2016 | 11-23-2016 |
| OTV GP | W | TOAST MASTERS 3RD QUARTER | 08-12-2016 | 07-30-2016 |
| OTV GP | C | TOAST MASTERS 2ND QUARTER | 03-13-2016 | 06-11-2016 |
| OTV GP | C | TOAST MASTERS 1ST QUARTER | 11-30-2015 | 03-10-2016 |
| OTV GP | C | TENNIS CLINIC | 06-09-2013 | 08-25-2013 |
| OTV GP | C | EXERCISE CLASS | 01-25-2013 | 03-22-2013 |
| OTV GP | C | DEALING WITH TEENAGERS | 03-26-2012 | 06-30-2012 |



**Individualized Needs Plan - Program Review (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: STITSKY, IRVING 57309-053

SEQUENCE: 00976556
Team Date: 10-27-2020

| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| OTV GP | C | EDUCATION ORIENTATION - AM | 06-02-2011 | 06-02-2011 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|--------------|-----------------|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

**Current Care Assignments**

| Assignment | Description | Start |
|------------|-------------|-------|
| CARE1-MH | CARE1-MENTAL HEALTH | 10-31-2011 |
| CARE2 | STABLE, CHRONIC CARE | 10-15-2015 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|------------|-------------|-------|
| ATH RESTR | NO SPORTS/NO WEIGHT LIFTING | 04-01-2019 |
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 07-01-2020 |
| LOWER BUNK | LOWER BUNK REQUIRED | 04-01-2019 |
| NO PAPER | NO PAPER MEDICAL RECORD | 11-23-2009 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 04-17-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 11-16-2015 |

**Current Drug Assignments**

| Assignment | Description | Start |
|------------|-------------|-------|
| ED NONE | DRUG EDUCATION NONE | 06-03-2011 |

**FRP Details**

Most Recent Payment Plan

| FRP Assignment: | **PART** | **FINANC RESP-PARTICIPATES** | Start: 06-01-2011 |
|---|---|---|---|
| Inmate Decision: | **AGREED** | **$25.00** | Frequency: **QUARTERLY** |
| Payments past 6 months: | **$50.00** | | Obligation Balance: **$23,208,710.00** |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|-----|------|--------|---------|---------|--------|
| 1 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 5 | ASSMT | $500.00 | $100.00 | IMMEDIATE | EXPIRED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 6 | REST FV | $23,152,235.00 | $23,151,710.00 | IMMEDIATE | AGREED |

| | Adjustments: | Date Added | Facl | Adjust Type | Reason | | Amount |
|---|---|---|---|---|---|---|---|
| | | 09-12-2020 | OTV | PAYMENT | INSIDE PMT | | $25.00 |
| | | 06-09-2020 | OTV | PAYMENT | INSIDE PMT | | $25.00 |

| No. | Type | Amount | Balance | Payable | Status |
|-----|------|--------|---------|---------|--------|
| 3 | REST NV | $57,000.00 | $57,000.00 | DEFERRED | AGREED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

**Payment Details**

| Trust Fund Deposits - Past 6 months: | $2,031.90 | Payments commensurate ? | N/A |
|---|---|---|---|
| New Payment Plan: | ** No data ** | | |

**Progress since last review**

*MAINTAINED WORK ASSIGNMENT IN SAFETY
*ENROLLED AND COMPLETED HISTORY OF WORLD WAR 1, NUTRITION, HUMAN MUSCULAR SYSTEM, BENEFITS OF EXERCISE, INTRO TO DIABETES, HUMAN SKELETAL, SKIN CANCER AWARENESS, NUTRITION LABEL, DIGESTIVE SYSTEM, INTRO TO HEP, NERVOUS SYSTEM, HYPERTENSION, EARLY AMERICAN HX, HX OF WWII, HX OF CERAMICS, AND BEG PORTRAIT DRAWING.
*CURRENTLY ENROLLED IN MUSCULAR SYSTEM AND BENEFITS OF EXERCISE.
*MAINTAINED CLEAR CONDUCT
*MADE TWO FRP PAYMENTS AS AGREED FOR A TOTAL OF $50



**Individualized Needs Plan - Program Review   (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: STITSKY, IRVING  57309-053

SEQUENCE: 00976556
Team Date: 10-27-2020

## Next Program Review/Goals

*CONTINUE TO MAINTAIN SAFETY OFFICE WORK DETAIL AND SATISFACTORY LEVEL OF PERFORMANCE THROUGH NEXT TEAM
*MAKE TWO FRP PAYMENTS, FOR A TOTAL OF $50 BY NEXT TEAM
*CONTINUE TO PARTICIPATE IN RELIGIOUS SERVICES PROGRAMMING
*COMPLETE MUSCULAR SYSTEM AND BENEFITS OF EXERCISE.

## Long Term Goals

*COMPLETE ROP 18 MONTHS PRIOR TO RELEASE PROVIDE VIABLE RELEASE PLAN TO UNIT TEAM

## RRC/HC Placement

## Comments

FTC- ELIG
R-LW·
N-FIN PV Y
UPDATED 10/2020

Save any available funds in pre-release account toward release.
Follow diet & exercise recommendations from health care provider.
Maintain clear conduct & good sanitation.

Finance/Poverty Need Screen
Is there documentation in the PSR of any of the following?
___ Any history of Bankruptcy
___ No bank account
___ No assets nor liabilities noted in PSR
xx Debts noted in Credit Report or other sources
___ Tax Liabilities/back taxes
___ Unpaid alimony/child support
___ other indications of lack of financial management skills (specify)
_____
YES xx NO _____ (If any of the above, check yes)
If the answer is yes, the inmate has a financial/poverty skills need.

 **Individualized Needs Plan - Program Review   (Inmate Copy)**     SEQUENCE: 00976556
Dept. of Justice / Federal Bureau of Prisons                              Team Date: 10-27-2020
Plan is for inmate: STITSKY, IRVING  57309-053

    Name:  STITSKY, IRVING                    DNA Status:  OTV02369 / 05-25-2011
Register No.:  57309-053
      Age:  66
Date of Birth: ▮▮▮▮-1954

---

Inmate   (STITSKY, IRVING. Register No.: 57309-053)

Date

Unit Manager / Chairperson               Case Manager

Date                                     Date



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Institution, Otisville*

P. O. Box 600
Otisville, New York 10963

April 14, 2015

To Central File:

This is a letter of recommendation for Mr. Irving Stitsky, register number 57309-053.

Mr. Stitsky has been incarcerated at FCI Otisville, New York, since April 27, 2011. He has maintained employment as a Unit Orderly for two years, and now works in Recreation as a Gym Worker. Mr. Stitsky has participated in several Recreation programs and a parenting program through education. He teaches fitness classes five days a week and is one of the institution's fitness instructors. He also officiates basketball games during basketball season. He channels a great deal of his time into maintaining his physical well-being, as well as assisting other inmates with their physical fitness.

Feedback was received from the Drug Treatment Coordinator which indicates he participated in the Victim Impact Workshop which is an eight week program designed to orient an individual in recognizing the impact crime has on victims and the community as a whole. It begins to show an individual how to develop empathy for others and prepares them for the intensive 16 week Victim Impact Program. He completed the workshop on December 19, 2013. The Victim Impact Program is a 16 week program designed to assist offenders in learning about various crimes and the impact it has on victims. They learn how to accept responsibility for their past actions and how to positively contribute to their communities in a way that will help prevent future victimization. They learn this through instruction and by participating in Victim Impact Panels so they can hear the impact their behavior has had on others. He completed this program in September, 2014. The Black History Program illustrates the struggles, dilemmas, and accomplishments of African-Americans throughout American history. Participants will identify how self-destructive behavior can perpetuate negative circumstances such as the cycle of poverty and poor education. Participants meet weekly and engage in group discussions as well as write Reaction Papers on various documentary themes. He participated in the program on March 13, 2013. He participated in an Institution Speaking Jam on February 4, 2015. This program consists of a panel of inmates who are willing to candidly express their responsibility, goals, motivation and overall positive lifestyle change to the rest of the inmate population in hopes that their message will assist others in the progression of self. He continues to share his message with others and maintains his own positive attitude toward his productive lifestyle. He has been on the Waiting List for the Victim Impact Amends Group. This program is the third phase of Victim Impact. It is a 16 week program which allows participants to apply what they have learned from the first two phases of Victim Impact. They take a good look at themselves and the crime that they personally committed and take personal responsibility towards change. By self-reflection, they make amends to society and the community as a whole. They learn to empathize with their victims. They must complete this program in order to be considered as a facilitator in the Victim Impact Program.

He has been on with Waiting List and is currently in training to be a
facilitator.  He has displayed eagerness and willingness in learning and
has completed all tasks asked of him.  He continues to seek out additional
programming to further his knowledge and practice in living a responsible
lifestyle.

Mr. Stitsky also incurred an incident report in 2011 for fighting.
Information received from the SIS department indicates that he did not
initiate the incident, and that he was actually lured into the law library
by two inmates (a white supremist and a KKK member).  One inmate begin
to strike Stitsky with a lock attached to a belt; Stitsky was able to disarm
him and discarded the weapon instead of using it against the other inmate.
Once the second inmate took a fighting stance (making it two against one),
Stitsky retreated.  They indicated the incident did not appear to be
motivated by Stitsky and he further indicated that one of the inmates made
several Anti-Semitic comments during the verbal exchange.  SIS further
indicated that Stitsky has been helpful in identifying inmates that have
been involved in fights that were not witnessed by staff, and that he
provided useful information regarding methods of introduction of narcotics
through the visiting room and identified potential players in the
introduction of narcotics into this facility.

This letter is to document Mr. Stitsky's commitment to change and desire
to successfully re-enter society.

Sincerely,

Monica Recktenwald

M. Recktenwald
Warden



# Certificate of Completion

This is to certify the above named individual has successfully FACILITATED

**Victim Impact Workshop**

at the

*Federal Correctional Facility Otisville, in Otisville, New York*

on this 16th day of May, 2017

*Presented To*

## Irving Stitsky

57309-053



E. M. Dubois
Drug Treatment Specialist
Staff Sponsor



Victims' Voices

# Certificate of Completion

VICTIM

Presented To

## Irving Stitsky

57309-053

This is to certify the above named individual has successfully completed the

*Victim Impact Workshop Facilitator*

at the

Federal Correctional Facility Otisville, in Otisville, New York,

on this 17th day of May, 2016



E.M. Damth
Drug Treatment Specialist
Staff Sponsor

Victims' Voices





# Certificate of Completion

### Presented To

## Irving Stitsky

57309-053

*This is to certify the above named individual has successfully*
## ASSISTED IN LEADING The Victim Impact Class
*at the*
*Federal Correctional Facility Otisville, in Otisville, New York,*
*on this 24th day of November, 2015*



E. M. Danois
Drug Treatment Specialist
Staff Sponsor

K. Walker
Case Manager



A. McDonald
Warden Secretary
Staff Sponsor

M. J. Schafer
Religious Services Assistant
Staff Sponsor

T. Zwicker
Unit Secretary
Staff Sponsor



# Certificate of Completion



Presented to

## Irving Stitsky
57309-053

This is to certify the above named individual has successfully
ASSISTED IN LEADING
The Victim Impact Class at the
Federal Correctional Facility Otisville, in Otisville, New York,
on this 5th day of July, 2016

E. M. Dubois
Drug Treatment Specialist
Staff Sponsor

K. Walker
Case Manager
Staff Sponsor

J. A. McDonald
Warden Secretary
Staff Sponsor

M. J. Schafer
Religious Services Assistant
Staff Sponsor

T. Zwicker
Unit Secretary
Staff Sponsor









# Certificate of Completion



National Correctional Center at Folsom
EMPOWER UNITE

Presented To

## Irving Stitsky

57309-053

This is to certify the above named individual has successfully
ASSISTED IN LEADING TheVictim Impact Class
at the
Federal Correctional Facility Otisville, in Otisville, New York,
on this 20th day of July, 2017





E.M. Deticus
Drug Treatment Specialist
Staff Sponsor

K. Walter
Case Manager

A. McDonald
Warden Secretary
Staff Sponsor

M. J. Schafer
Religious Services Assistant
Staff Sponsor

T. Zwicker
Unit Secretary
Staff Sponsor



STOP THE VIOLENCE
GET INVOLVED

CASE 1:08-cr-00375-XXX Document 11-37 Filed 03/13/16 Page 18 of 65



# Certificate of Completion

*Presented To*

## Irving Stitsky

*This is to certify the above named individual has successfully completed the*
*Victim Impact Program - 5 Week Workshop*
*as a FACILITATOR at the*
*Federal Correctional Facility Otisville, in Otisville, New York,*
*on this 1st day of December, 2016*



E.A.L. Dabotis
Drug Treatment Specialist
Staff Sponsor





Getting Out by Going In

# GOGI TOOLS FOR POSITIVE DECISION MAKING
## GOGI GROUP STUDY COMPLETION CERTIFICATE

*Successful Completion Certificate Awarded to:*

*Mr. Irving Stitsky*

The recipient of this award has completed GOGI STUDIES in a twelve week GOGI GROUP STUDY FORMAT. This award acknowledges successful completion of all necessary requirements including the learning of the GOGI TOOLS, familiarity of the tool KEY WORDS, familiarity with the GOGI MEETING FORMAT, and how to apply the tools to every day challenges. We encourage the recipient to continue GOGI studies with additional group studies and individual book study.

AUTHORIZED GOGI REPRESENTATIVE

GROUP LOCATION/FACILITY

DATE

Getting Out by Going In (GOGI)
P.O. Box 88969, Los Angeles, CA 90009



**GOGI** EDU

*A Division of Getting Out by Going In*

## GOGI Education Course
## Completion Certificate

The recipient of this award is acknowledged by Getting Out by Going In (GOGI) for the successful completion of the GOGI GROUP CERTIFICATE PROGRAM which required self-study as well as weekly group meetings for no less than 12 weeks.

*IRVING STITSKY, #57309-053*

October 21, 2016
Date of Issue

GOGI Founder
Dr. ML "Coach" Taylor



# FCI OTV RECREATION DEPT.
## CERTIFICATE OF ACHIEVEMENT

*Awarded To*

*Irving Stitsky*

The individual named on the certificate has successfully completed the required standards in continuing their education in Wellness/Fitness training by completing this Recreation program at FCI Otisville, New York.

*Cross Training Fitness Program Instructor*

4/01/17

Date of Recognition

# CERTIFICATE OF ACHIEVEMENT

AWARDED TO

## Irving Stitsky

In recognition for instructing the Public Speaking ACE class at FCI Otisville

Awarded this 13th day of June, 2018

Presenter Name and Title

# CERTIFICATE OF ACHIEVEMENT

AWARDED TO

## SITISKY #57309-053



THE ABOVE NAMED HAS BEEN AWARDED THIS CERTIFICATE FOR HAVING
SUCCESSFULLY INSTRUCTED THE CROSS TRAINING FITNESS CLASS AT THE
FEDERAL BUREAU OF PRISONS FCI OTISVILLE, NEW YORK.

## CROSS TRAINING FITNESS

09 - SEPT - 2018
DATE OF RECOGNITION

J. TUBOLINO RECREATION SPECIALIST



# Certificate of Achievement

*Awarded To:*

I. Stirley

The "Body Repair Shop" Fitness Program

Date : July 01, 2012

E. Du Plessis, Recreation Specialist

# Certificate of Achievement

This certifies that

MR. STITSKY

has satisfactorily completed

SPINNING CLASS

Consisting of ___26___ Hours of Training

This certificate is hereby issued this ___27th___ day of September___ , 20 13

WELLNESS/FITNESS PROGRAM
FCI OTISVILLE, NEW YORK

E.DuPlessis, Recreation Specialist

# CERTIFICATE OF ACHIEVEMENT

*Awarded To*

IRVING STILSKY

The individual named on the certificate has successfully completed the required standards in continuing their education in Wellness/Fitness by completing this Recreation program at FCI Otisville, New York.

LEGERDARY ABS

JULY 29, 2013

Date of Recognition



E. Du Plessis, Recreation Specialist

# CERTIFICATE OF ACHIEVEMENT

*Awarded To*

IRVING STITSKY

The individual named on the certificate has successfully completed the required standards in continuing their education in Wellness/Fitness by completing this Recreation program at FCI Otisville, New York.

CORE   PERFORMANCE



JULY 29, 2013
_____
Date of Recognition

_____
E. Du Plessis, Recreation Specialist

# CERTIFICATE OF ACHIEVEMENT

*Awarded To*

IRVING SITISKY

The individual named on the certificate has successfully completed the required standards in continuing their education in Wellness/Fitness by completing this Recreation program at FCI Otisville, New York.

CALISTHENICS



JULY 29, 2013

*Date of Recognition*

*E Du Plessis, Recreation Specialist*

# CERTIFICATE OF ACHIEVEMENT

*Awarded To*

IRVING STIESKY

The individual named on the certificate has successfully completed the required standards in continuing their education in Wellness/Fitness by completing this Recreation program at FCI Otisville, New York.

PLYOMETRICS

JULY 29, 2013

*Date of Recognition*

F. Du Plessis, Recreation Specialist

# Certificate of Achievement

This certifies that

MR. STITSKY

has satisfactorily completed

TENNIS CLINIC, INSTRUCTOR

Consisting of  40  Hours of Training

This certificate is hereby issued this  1st  day of  September , 2013

FCI Otisville, New York

L. Szymanski, Recreation Specialist



# Certificate of Achievement

*Awarded To:*

G. Stitsky

Spin Aerobics Fitness Class

Date: June 12, 2013

E Du Plessis, Recreation Specialist

# FCI OTV RECREATION DEPT.

## CERTIFICATE OF ACHIEVEMENT

*Awarded To*

*J. Stitsky*

The individual named on the certificate has successfully completed the required standards in continuing their education in Wellness/Fitness training by completing this Recreation program at FCI Otisville, New York.

### The Insanity Calisthenics Program Instructor

_____
04/20/14
*Date of Recognition*

_____
*E Du Plessis, Recreation Specialist*



Certificate of Achievement

This Certifies That

Has Satisfactorily Completed the A.C.E. Class

ONE HOUR INSTRUCTION CLASS

MR. _____ INSTRUCTOR

JUNE 22, 2014

I. Szymanski, Recreation Specialist

Federal Correctional Institution Otisville, New York 10963



# CERTIFICATE OF ACHIEVEMENT

## AWARDED TO

### IRVIN STITSKY #57309-053

THE ABOVE NAMED HAS BEEN AWARDED THIS CERTIFICATE FOR HAVING SUCCESSFULLY INSTRUCTING THE CALISTHENICS FITNESS CLASS AT THE FEDERAL BUREAU OF PRISONS FCI OTISVILLE, NEW YORK.

### CALISTHENICS FITNESS CLASS

20 - NOVEMBER - 2017
DATE OF RECOGNITION

J. TUBOLINO RECREATION SPECIALIST



# CERTIFICATE OF ACHIEVEMENT

AWARDED TO

## STITSKY #57309-053

THE ABOVE NAMED HAS BEEN AWARDED THIS CERTIFICATE FOR HAVING
SUCCESSFULLY INSTRUCTING THE CROSS TRAINING FITNESS CLASS AT THE
FEDERAL BUREAU OF PRISONS FCI OTISVILLE, NEW YORK.

## CROSS TRAINING CLASS

20 - NOVEMBER - 2017
DATE OF RECOGNITION

J. TUBOLINO RECREATION SPECIALIST



# CERTIFICATE OF ACHIEVEMENT

AWARDED TO

## STITSKY #57309-053

THE ABOVE NAMED HAS BEEN AWARDED THIS CERTIFICATE FOR HAVING
SUCCESSFULLY COMPLETED THE CROSS TRAINING FITNESS PROGRAM
AT THE FEDERAL BUREAU OF PRISONS FCI OTISVILLE, NEW YORK.

### CROSS TRAINING FITNESS

#### INSTRUCTOR

11 - AUG - 2017
DATE OF RECOGNITION

J.TUBOLINO RECREATION SPECIALIST



# CERTIFICATE OF ACHIEVEMENT

AWARDED TO

## STITSKY #57309-053

THE ABOVE NAMED HAS BEEN AWARDED THIS CERTIFICATE FOR HAVING
SUCCESSFULLY COMPLETED THE CROSS TRAINING FITNESS PROGRAM
AT THE FEDERAL BUREAU OF PRISONS FCI OTISVILLE, NEW YORK.

CROSS TRAINING FITNESS

INSTRUCTOR

29 - MAY - 2017

DATE OF RECOGNITION

J.TIBOLLA RECREATION SPECIALIST

# FCI OTV RECREATION DEPT.

## CERTIFICATE OF ACHIEVEMENT

*Awarded To*

*Irving Stitsky*

The individual named on the certificate has successfully completed the required standards in continuing their education in Wellness/Fitness training by completing this Recreation program at FCI Otisville, New York

Beginners Yoga Program

4/01/17

Date of Recognition

E. Du Plessis

E Du Plessis, Recreation Specialist



# Academic Achievement

This certificate is proudly awarded to

## Irving Stisky #57309-053

The above named has been awarded this certificate for successfully completing the course below. The participant has completed (36) thirty six hours of classes at the Federal Correctional Institution at Otisville, New York under the supervision of a Chaplain.

## Pirkei Avot – Ethics of our Fathers



Signed (Chaplain)

Awarded On   8/31/16

# Academic Achievement

This certificate is proudly awarded to

## Irving Stitsky #57309-053

The above named has been awarded this certificate for successfully completing the course below. The participant has completed (36) thirty six hours of classes at the Federal Correctional Institution at Otisville, New York under the supervision of a Chaplain.

## DUTIES OF THE HEART – TRUST IN G-D





_____
Signed (Chaplain)

_____
Awarded On   1/15/17

# Academic Achievement

This certificate is proudly awarded to

Irving Stitsky #57309-053

The above named has been awarded this certificate for successfully completing the course below. The participant has completed (36) thirty six hours of classes at the Federal Correctional Institution at Otisville, New York under the supervision of a Chaplain.

## DUTIES OF THE HEART – TRUST IN G-D

Signed (Chaplain)



Awarded On 4/22/16

# Academic Achievement

This certificate is proudly awarded to

## Irving Stitsky #57309-053

The above named has been awarded this certificate for successfully completing the course below. The participant has completed (14) fourteen hours of classes at the Federal Correctional Institution at Otisville, New York under the supervision of a Chaplain.

## DUTIES OF THE HEART – TRUST IN G-D



Signed (Chaplain)



Awarded On

# Certificate of Completion

PRESENTED TO

## Irving Stisky

*Yeshivah in Prison Program*

FOR HAVING SUCCESSFULLY COMPLETED THE

PROVIDED BY

THE ALEPH INSTITUTE

# Academic Achievement

This certificate is proudly awarded to

## Irving Stitsky #57309-053

The above named has been awarded this certificate for successfully completing the course below. The participant has completed thirty six (36) hours of classes at the Federal Correctional Institution at Otisville, New York under the supervision of a Chaplain.

## BIRCHAS KOHANIM – THE PRIESTLY BLESSINGS

Signed (Chaplain)



6/10/15
Awarded On




# OTISVILLE LEADERSHIP GAVEL CLUB

## Otisville Leadership Gavel Club is an affiliation of Toastmasters International

### *OUR CLUB MISSION:*
To provide a supportive and positive learning experience in which members are empowered to develop communication and leadership skills resulting in greater self-confidence and personal growth.

### *TOASTMASTERS INTERNATIONAL VALUES:*

- Integrity
- Respect
- Service
- Excellence

Toastmasters International is an ongoing program but in order for members to receive a certificate from the BOP a student must participate for 6 months, however you will have the opportunity to earn additional credit with each subsequent quarter of continued participation. More to follow in the next Newsletter...



## Club Officers (1/1/16 - 6/30/16)

**President:** Mr. Sanford

**VP Education:** Mr. Marcinski

**VP Public Relations:** Mr. Stitsky

**VP Membership:** Mr. Ford

**Sergeant of Arms:** Mr. Lotz

**Secretary:** Mr. Byam

**Volunteers:** Lauren & Ed

### *ABOUT OUR CLUB*

Our club is currently compiled of 32 members; we practice our speaking skills at least three times a month by formulating a 5-7 minute speech which is then evaluated by other club members. During our program meeting we have a section referred to as table topics; these are different subjects that the Topicsmaster presents to the club members. They can volunteer to speak freely on the topic requested for 1-2 minutes. There is often enough time for 4-6 table topics speakers. So far we are proud to announce that Mr. Ford has won a certificate twice for best table topics as well as Mr. Kemp. Members such as Mr. Sanford, Mr. Desear, Mr. Woodfolk, and Mr. Beaudoin have also received a certificate for best table topics speaker.

## OUR NEWEST MEMBERS

We, the members of the Otisville Leadership Gavel Club, pledge to support you in your quest for self-development, to provide you with positive, helpful evaluations, to maintain a friendly, supportive atmosphere, to give you opportunities to help others, and to make your Toastmasters membership a rewarding and fulfilling experience.

# WELCOME

- Kelly
- Pulliam
- Bullock
- Almonte

## EVENTS

Three members of our club, Mr. Stitsky, Mr. Johnson and Mr. Sabky spoke at the Volunteer Appreciation Banquet on April 12, 2016. Their focus was on how a volunteer placed a positive impact on their lives.


BEFORE


AFTER

# FREQUENTLY ASKED Q&A

Q: Why Toastmasters if I do not plan on giving speeches?

A: Toastmasters teaches leadership, helps an individual to develop confidence, and prepares the individual for challenges in life such as job interviews, meetings, and simple conversations.

Q: What else can Toastmasters prepare me for?

A: Toastmasters teaches parliamentary procedures. It helps you understand how to vote, who or why you may have to answer to, when you are in the work place, and how to deal with situations professionally.

Q: How does credit for speeches given (communication track), or meeting roles taken (leadership track) within a gavel club get transferred to the former inmate when released and having joined a regular Toastmasters club?

A: The VPE/Sec. maintains the member's progress charts + meeting minutes. Furthermore the Gaveliers have their record and respective manuals. Everything a Gavelier accomplishes as a member of a Gavel Club (Affiliates of TI) counts. Upon Release: a Gavelier just joins a Toastmasters Club on their choice and continues with their quest for whatever Project/Goal they are striving to obtain.

Q: How do your accomplishments get transferred to a regular club? Does the VPE send a list of names and speeches/roles completed on a regular basis to TI?

A: No the VPE does not report member progress to TI. TI does not track Gavelier's Project or Step completion. TI keeps track of Gavelier's Award Records.

Q: Would TI verify that someone (formal gavel club member) has been a Toastmaster and has reached some specific milestones (CC/CL), or has made some percent progress toward those milestones?

A: That is up to the Gavelier to provide copies of his Awards (Certificates) & Letters of Recommendation/Recommendation (It is best to have two letters, one addressed to you and one addressed "To Whom it May Concern").



TOASTMASTERS
INTERNATIONAL

WHERE LEADERS ARE MADE

BEST TABLE TOPICS™
AWARD

presented to

IRVING STITSKY

of Toastmasters club

OTISVILLE LEADERSHIP GAVEL CLUB

Date: 09/22/2017

Club President

ITEM 6018-T

# CERTIFICATE OF APPRECIATION

presented to

## Irving Stitsky

06/27/2016

FCI Otisville, New York, has been granted status as a Gavel Club by Toastmasters International (Charter No. 5240889) on February 8, 2016, for which you are a member. Your participation in helping to establish the Otisville Leadership Gavel Club is greatly appreciated. Furthermore, the hard work and dedication you provide to the club is recognized by volunteers and staff. I look forward to presenting a Certificate of Completion to the first graduating class.





A. Corbo
Club Counselor
Unit Manager






# Certificate of Completion

Presented To

## Irving Stitsky

This is to certify the above named individual has successfully

completed the

### TOASTMASTERS PROGRAM

at

Federal Correctional Institution Otisville, New York,

on this 24th day of October, 2016



A. Cocho
Unit Manager
Staff Sponsor



TOASTMASTERS INTERNATIONAL

WHERE LEADERS ARE MADE

BEST TABLE TOPICS™ AWARD

presented to

IRVING STITSKY

of Toastmasters club

OTISVILLE LEADERSHIP GAVEL CLUB

Date

Club President

ITEM 601BTT



TOASTMASTERS
INTERNATIONAL

WHERE LEADERS ARE MADE

BEST TABLE TOPICS™
AWARD

presented to

IRVING STITSKY

of Toastmasters club

OHISVILLE LEADERSHIP GAVEL CLUB

Date: 04/17/2007

Club President

ITEM 601B/T

Volunteer Refresher Training:

May 2, 11:00am to 1:00pm (Monday)

Contact Information:

Sentry Affairs Coordinator
Ken Lewis
FCI Otisville
PO Box 600
Otisville, NY 10963
(845) 386-6935 (office)
(845) 386-6710 (fax)

Federal Correctional Institution

Otisville



Volunteer Appreciation Banquet

Tuesday, April 12, 2016

# Certificate of Achievement

## This Certifies That

### IRVING STITSKY

Has completed the requirements of

## Public Speaking Course Facilitator

And is awarded this certificate

Given at FCI Otisville Education Department

On _____ May 23, 2017



# CERTIFICATE OF APPRECIATION

presented to

# Irving Stitsky

April 12, 2016

Thank you for being a Guest Speaker at the Annual Volunteer Banquet. Your dedication and hard work in preparing for the banquet is appreciated by the volunteers and staff.

Ms. Cocho
Unit Manager

Mr. Lewis
Reentry Affairs Coordinator

# Certificate of Appreciation

## For Outstanding Service

### AWARDED TO

*Irving Stishley*

For His service as Instructor for the
Teen Parenting Program at FCI Otisville
the day of November 30th, 2017

Marisol Santiago
Program Coordinator



Ce...

For...

Parenting of Active Teens

Awarded to:

Irwin Stitsky

For your dedication and service to the Parenting Program

Program Coordinator
Marisol Schi... go

July 25, 2012
Date

# Certificate of Achievement

This Certifies That

## Irving Stitsky

Has Successfully Completed

### Spanish Basic Course

Has been awarded this Certificate of Achievement
On August 10, 2017

**M. Santiago**
**Program Coordinator**



# Certificate of Completion

Presented To

## Irving Stitsky

57309-053

This is to certify the above named individual has successfully FACILITATED

Victim Impact Workshop

at the

Federal Correctional Facility Otisville, in Otisville, New York,

on this 19th day of May, 2015



E. A. DuPont

Drug Treatment Specialist
Staff Sponsor

Victims' Voices

# Certificate of Completion

This is to certify the above named individual has successfully ASSISTED IN LEADING

Presented To

## Irving Stitsky
57309-053

The Victim Impact Class

at the

Federal Correctional Facility Otisville, in Otisville, New York,

on this 21st day of May, 2015



E. M. Dariotis
Drug Treatment Specialist
Staff Sponsor

J. Bowe
D.A.P. Coordinator
Staff Sponsor

A. McDonald
Warden Secretary
Staff Sponsor

M. J. Schafer
Religious Services Assistant
Staff Sponsor

# Certificate of Completion



Presented To

## Irving Stitsky

57309-053

*This is to certify the above named individual has successfully completed the*

Victim Impact Class

*at the*

Federal Correctional Facility Otisville, in Otisville, New York,

*on this 4th day of September, 2014*



E.M. DeJesus
Drug Treatment Specialist
Staff Sponsor

J. Bowe
DAP Coordinator
Staff Sponsor



A. McDonald
AW Secretary
Staff Sponsor

Case 1:09-cr-00722-PKC Document 145-4 Filed 12/11/23 Page 61 of 65

# Certificate of Completion



Presented To

## Irving Stitsky

57309-053

This is to certify the above named individual has successfully completed the

Victim Impact Workshop

at the

Federal Correctional Facility Otisville, in Otisville, New York,

on this 19th day of September, 2013



E. M. Jacobs
Drug Treatment Specialist
Staff Sponsor

# Certificate of Completion



*Presented To*

## Irving Stitsky

57309-053

*This is to certify the above named individual has successfully*

**ASSISTED IN LEADING** *The Victim Impact Class*

*at the*

*Federal Correctional Facility Otisville, in Otisville, New York,*

*on this 11th day of July, 2018*



E.M. Daniels
Drug Treatment Specialist
Staff Sponsor/Coordinator

K. Walker
Case Manager
Staff Sponsor

A. McDonald
Warden Secretary
Staff Sponsor

M. J. Schafer
Religious Services Assistant
Staff Sponsor

T. Zwicker
Unit Secretary
Staff Sponsor

STOP THE VIOLENCE
GET INVOLVED

# Certificate of Completion





**Presented To**

## Irving Stitsky

*57309-053*

This is to certify the above named individual has successfully FACILITATED

*Victim Impact Workshop*

at the

Federal Correctional Facility Otisville, in Otisville, New York,

on this 8th day of September, 2015

E.M. Dabney
Drug Treatment Specialist
Staff Sponsor

# Victims' Voices



# Certificate of Completion

Presented To

## Irving Stitsky

57309-053

This is to certify the above named individual has successfully FACILITATED
the 5 week Victim Impact Workshop
at the
Federal Correctional Facility Otisville, in Otisville, New York,
on this 14th day of December, 2017

**Victims' Voices**



E.M. Damato
Drug Treatment Specialist
Staff Sponsor





T. Zwicker
Unit Secretary
Staff Sponsor

K. Walker
Case Manager
Staff Sponsor

Case 1:06-cr-01064-JSR Document 423 Filed 11/04/16 Page 65 of 65

# Certificate of Completion



VIA ~ Lobster Style!

Presented To

## Irving Stitsky

*Victim Impact III - Amends Group*

This is to certify the above mentioned has successfully completed 29 hours of Victim Impact III-Amends Group at the Federal Correctional Institution, Otisville, New York – February 26, 2016.



_____
Dr. Bowe
Program Facilitator