# EXHIBIT E

Dear Honorable Judge,

I have spent most of my adult life without my father. For years I have contemplated his imprisonment and have had my own thoughts and feelings about why and how he ended up in that place.

My opinions are irrelevant to the reality of his sentence, and while I know Irv continues to fight for justice, there is a more important and definite effect of his time spent at Otisville. Rehabilitation.

Imprisonment has many important functions. To protect the innocent from violent offenders, but also to rehabilitate those who can once again be valuable members to society, culture, and family. In this instance, Irv has spent nearly 11 very long hard years locked away from what he holds most dear; his family. It is cliche to say, but there isn't a soul on this planet who hasn't made a mistake in their life. Mistakes are what mold us to be better, to be smarter, and to grow as human beings. Some mistakes are clearly worse than others, but that doesn't discount the overlying lesson. That people can change and never make the same mistakes again. But, how do we measure that end-result?

Actions.

Over many years of communicating with my father over email, phone, and now text, I have seen a complete and total transformation from the man that raised me, to the man he is today. We were never a religious family. We respect our roots and therefore paid tribute to our past and our religion, but we never acted as if it guided our defining principles. Irv now does. He talks of religion and God as if it is his light in the dark. An onlooker might think Irv was selfish from his past deeds, and in his past, it wouldn't be hard to argue that, but from the inside perspective, my perspective and those of my family members, he is the opposite.

He has grown patient, kind, giving, and selfless. He hasn't asked for a thing in years. He remembers every occasion and lends his prayers, his focus, and his thoughts for others. Many of his days are spent teaching others, guiding others, and helping. In summary, Irv is a rehabilitated human being and his only focus in his life is to give back and spend the few years he might have left with his grandchildren, a few of which he has never met. The overarching question is, "what purpose does it serve society, government, and or the people to keep Irv locked away?"

The definition of rehabilitating as per the Oxford dictionary is, and I quote, "restore (someone) to health or normal life by training and therapy after imprisonment, addiction, or illness." I believe it is with certainty that if released compassionately, he will enter society with gratitude, peace, and with one mission; to live out his days playing with his grandchildren, living simply, and probably regretting every single moment he lost along the way. Please, this man is of no threat and is of the age where he has no choice but to count his lucky stars for the years he has left to be free and tuck himself away from any public eye with family and good deeds. As a man approaching 70, it would be a tragedy if he perishes inside those walls, especially with this deadly virus spreading throughout the US airborne, and among people in close quarters. If he contracted this virus, it is a death sentence.

It is our dream and hopes that after 10+ long years of learning from his mistakes and transforming into a simple, peaceful man, that he can re-enter the world and spend his days with his family. Thank you for reading my letter, and I wish you safety and good health for you and your family.

Best Wishes,
Jared Stone

6/25/2020

To whom it may concern,

It has been almost 11 years since my father Irving Stitsky was incarcerated. Many birthdays, many holidays, the birth of multiple grandchildren, the loss of a son, as well as many other memorable experiences were missed. Although any person would dwell on the negatives and feel sorry for themselves for what has happened, my father has done the exact opposite. My father has become the most positive, spiritual person I know. Instead of being mad at the world, my father is always apologetic for missing out on those life experiences, and remains extremely positive that things will eventually fall into place, and he will be able to come home to us. Whenever I feel overwhelmed with my life and what I am going through, I always count on my dad to make me feel better, and bring me back to reality. He always helps remind me of the good things in life and how blessed I am to be able to get to where I am today. He is and always has been my rock, and the glue that holds this family together. For quite some time now, things have been hectic and stressful for our family, and that is because he is not home to make everything better. He absolutely lives for his kids and would do anything in the world for the people he loves and cares about. Since he has been gone, it has been very difficult for all of us, especially with the passing of our mother this past February. I know being in prison has definitely taught him how to appreciate time and appreciate the opportunities available outside of Otisville. Words cannot describe how much I miss my father, and how much I wish he can come home. He is such a wonderful person, with the biggest heart I know. I hope you can find it in your heart to let him come home to his family.  Please let me have my best friend back.

Sincerely,

Aliza Stitsky

Good day to you,

      First I'd like to say that I miss my father so much and really think that considering they have this compassion thing going on he should qualify for it being he's been in jail for 11+ years already and being that he's 65. My mother recently passed away and I need him home my 3 daughters love him sooo much and he's missed soo much of there lives already! I feel he has been in prison long enough and did his time! He was always the best father and been there for me and my family and gone over and beyond to help us and he was there for us over the years before he went away. I don't want him to miss anymore of our lives, life is to short and I want him home sooooo bad to be with me and my girls. I really don't know what else to say but that he's an amazing man that doesn't deserve what he was given and wish and pray and hope to see him and be able to hug him in my own home not behind prison walls so please understand and take this letter into Consideration.


 Thank you

His daughter - Shara Stitsky

June 12, 2020

To whom It May Concern,

I am writing to you regarding Irving Stitsky. Irving is my younger brother and of course I know him his whole life  He is a very emotional, compassionate and loving person and he takes after our mother. All he ever wants  is to help and care for others all the time, which is why he ended up  with not one but 2 ives that needed caring for. This character trait is clearly true of him no matter how much money he had or didn't have. We were very close family growing up and although he teases me that I am his older sister, he wants to help me and take care of me always even now.  He is always ready to sacrifice for the ones he loves and cares for even at his own expense.

Irving has never been afraid of hard work either. When they had to shut down Cobalt, he readily went to work selling flooring with my sister and brother in law and also helping his wife with her cleaning business, supplementing with construction jobs because it was a hobby and he was good at it.

Even now he is always there for anyone who needs moral or spiritual support.  He is so grateful anything that is done for him, for instance I pay for his inmate phone of $24.95 every month so he can text and call at a cheaper rate.  He never fails to thank me monthly for this small donation! He realizes I do not always have the money but appreciates that I manage to do this for him. He loves his family beyond imagination.  As busy as he was, he was always mother and father to his kids as his first wife was an alcoholic. He was always the one to leave work early to attend meetings, concerts and recitals, sporting events and other school and  social activities for his children. Even without being present physically the past 10 years plus, he has always been there for his children and grandchildren.  Sadly, he has missed 3 weddings and the birth of 7 grandchildren.

He has been incarcerated now for over 10 years and he has always helped others.  He has become religious over these past years and I think that has taught him too see the errors of his past.  He has led many programs in prison but the most important was a victim's impact program, to name one.  He has asked everyone for forgiveness, including friends and family for turning our lives upside down and never asks us to come visit him, but of course we do as often as we can. He realizes we all have busy active lives and he is always interested in what we are doing with our children, dogs, grandchildren etc.  Hopefully, this will help him to come home to us as he needs to spend time with his family and he is too good a person to spend the rest of his life in prison!

Janyce Selkin
█████████████

Rhinebeck, NY 12572

June 12, 2020

To Whom It May Concern,

I am writing to you on behalf of Irving Stitsky. I would like to share some things about him that you could not possibly know without a little help from the people that know him best. He is a very compassionate and caring person that only wants the best for anyone he knows. Of course he is my brother, but that is not why I say these things. We were very close growing up especially in our teenage years and remain extremely close to this day. He would do anything for his family and friends even if it means that he goes without. Irv is not afraid of hard work and he is not too proud to tackle any type of job. He has always been my "person" you know that person you go to when you need advice or when you're sad or even when you just need a hug! He is always there for you. He is so grateful beyond words for anything that is done for him. He loves his family and they all mean the world to him. When his children were young he was always mother and father to them. His marriage was strained with an alcoholic wife. He went to parent teacher meetings, concerts and recitals as well as all after school activities. He was always there for his children. They have all grown up now to become strong, successful adults with families of their own. They could not have done that without the love and support of their only functioning parent despite the lack of ability to be with them. He has guided them and supported them through all of their endeavors. He has already missed 3 weddings and the birth of 7 grandchildren. Such a sad thing for a grandparent to miss.

He has been there now over 10 years and he asks for nothing. He would tell me if I was going to send him commissary money for holiday time or birthday could I please send something to the grandchildren instead. Everything is with the thoughts of another person not for himself. He has found his belief in God over these past years and I think that has helped him too see the importance and the consequences of his actions. He has also spent time inside helping others to realize how their crimes impacted others. He has taken the steps necessary to ask us all for forgiveness and totally understands that we have lives in the outside world. We should not have to suffer because he is where he is and that is one of his biggest regrets, but it is time for him to get out! It has been long enough he needs to get out to spend his remaining years with his family. He does not deserve to die in prison!

Sincerely,

Ellen Hogan

To Whom This May Concern,

I am writing on behalf of Irving Stitsky. He is my mother's brother and best friend. He is my Uncle, who I also call Unc because if you know him you know he deserves a nickname like Unc. The laughter and jokes that are exchanged left me only ever being able to get "Unc" out rather than a full "Uncle Irv". Brings back great memories as I write this.

He has the biggest heart that is always accompanied with the biggest bear hugs that are filled with joy and love. I had the pleasure of living with him for summers when I was back from my High School Ski racing academy. He has this uncanny ability to make you feel included and loved. He listened when you needed to be heard and he advised when you needed advice but not without a lot of hand movement...haha! I sure do miss that smile! I was training to be a professional skier at the time so he and I spent some time together, whether it was talking nutrition or workouts. He supported me and my mission to be literally the best that I can be. People in his life deserve that presence back in their life. They deserve his support because it is some of the best out there. He is his family's biggest fan, letting us always know with his endless cheering.

His life was a life he led for others. He was not a selfish man, hes was a man who had a burning desire to make sure others were happy. I love that about him! His kids were always on the front of his mind, "Are they happy?", "what were they doing?", "do they need help?", "how can I help?", "what can I do?". The same went for my family as well because Unc's Sisters were just as important to him as his kids.

I have so many great childhood memories of him playing with us and/or making sure that we had what we needed so that we could be having the best time. We had some of the best times with our cousins when we were kids and that was because he made sure we did. His grandkids and and great nieces and nephews deserve the chance to get to get to know this man and feel his energy and love. His children and nieces and nephews deserve to get the chance to feel that laughter and joy again and his sisters deserve the chance to be with him in an unrestricted environment, not like they have been doing for the past decade. They should get to hold him and hug him like they dream of daily. I know my mom does and I pray that she gets the chance to do so again very soon.

Unc is nothing but joy to this world and he deserves the chance to spread that to everyone that needs him. This letter could never end, clearly he has had a large impact on my life as I hope he will be able to on my two sons' life and his grandbabies but I will conclude here as I would not want to take anymore time from you to make your conclusion.

Thank you for your time and consideration,

Erika Rixon, niece of Irving Stitsky, daughter of Ellen Hogan (Irving's sister)

DocuSign Envelope ID: BCEE4228-59FB-43C9-963F-8BF36E812747

To whom it may concern,                                    June 11, 2020

I would like to tell you about my friend Irving Stitsky.  When I was 25 (I'm now 62) I met Irv.  He was my sales manager /boss in the garment center.  Everyone loved Irv!  He was hardworking, charismatic, friendly and always there to help me or any of his friends when they needed something.  He taught me many important life lessons.  Even though he was only 3 years older than me he called me (and still calls me) kid.  The reason he does this because when I was 25 aqnd he was 28 He was married and having children while I was busy dating and clubbing.  He was a devoted father and focused on providing for his growing family.

After we both left the garment center he became a stock broker.  He did very well financially and I moved to California and he came with his wife to visit me and have some fun in Beverly Hills.  We had so much fun and they were living the high life.  Then it all came to end with the Stratton Oakmont debacle.

When Irv got out of jail he was struggling and lost everything, his house, his money, his wife etc.  We spoke all the time and he tried many things to get back on his feet again.  He started a job with Cobalt.  He was raising money for real estate development and he even got his sons involved.  He had no idea what was going on and if he thought it was illegal he would never bring his sons there.  One of his sons is a lawyer now.

I do not claim to know all of the ins and outs of his decisions, but I can tell you that I am still here as his friend and I have joined forces with another wealthy friend of ours who has put up the money to hire an attorney to try to help release Irv.  I am a happily married woman so I am not at all interested in him I just feel that an 85 year sentence is too harsh a punishment for white collar crime.  He has served 10 years and he is no threat to anyone.  He is a kind, family man and a very good friend of mine for 37 years.  It is enough.  He deserves to be free and I have been an advocate for him and will continue to be because he's worth it.

Sincerely,

Arleen Cohen

DocuSigned by:

*Arleen Cohen*

13DF0D699F50471...

June 23, 2020

To whom it may concern:

I am writing on behalf of my close friend, Irv Stitsky.  I've
known Irv since we were in high school.  We grew up in the
same neighborhood & hung out a lot in each others company
considering I am his sister Ellen's best friend.  I've always
enjoyed being with Irv - he is a great guy-athletic-funny-
a protector-mentor-very giving & easy to get along with.
He was close to his family from his parents, when they were
alive & is very close to his siblings as well as his own family & children.
An excellent & caring father who is always there for his kids in whatever way needed.
They adore him as he adores them and needless to say, miss him terribly.
He still watches out for them as he does his friends & always helps out in different
situations selflessly.  We became very close and I relied on him as a
confidant & knew I could always count on him to be there for me.
He is very giving and put everyone before himself because that
was just him, that's the way he is.  A kind and gentle soul with a big
persona - coming to the rescue should you need it...that is Irv.
I must say I miss my friend dearly.  I miss his presence - caring attitude
and the way he makes you feel everything will be alright.  People come
& go in your lifetime for whatever reasons but my friendship with Irv
seems like an unbreakable bond.  He always wants to make sure things
are alright - no ulterior motives - just his way of showing up & being
the true person that makes him the unique individual he is and you have
to respect someone who's like that.  I can go on and on but hopefully you
get the picture.  Irv is as sincere as a person can be with a big heart that
can never do enough for you and for that he will always be in the forefront
of my life.

Thank you for allowing me to share this with you and for your time and effort.


Sincerely,
Susan Arredondo

Greetings                                                    6-28-2020

    Since Mr. Irv is a Father. GrandFather and Great
GrandFather.. not only to his blood Family,. But also to the so
many Confined Around him...I have witness the goodness of
this man. To the point of Causes Stress upon himself. yet
he only conTenuIe to Find ways to share. Because he care..
He cares about the youth that have no one. And share with
the Elderly that badly need Someone... I personally think
that he needs help, I have witness the decline in his health,
Especially since we have been more Confined.. As an orderly
I get to visit him..most of the time. He looks very sad..we
always speak about missing our Family.. He cried in my face
on Fathers Day..as he allowed me to read a card from his
grandson. I know He is suffering. Because he want so bad
to be given a chance to be free.. He is so sorry for whatever
he did to be here And he will never break the law again..
He is so remorseful...some times I feel as though I need to
miss visiting his room.. We are both 66 years old.. I know his
pain and his plan.. which is to Enjoy what little life remains..
while in the company of Freedom and love ones..

                                    RespectFully Melvin Morton

To Whom it may Concern,                    July 16, 2020

                              My name is
Nadine Stitsky - I'm writing this
letter on behalf of my husband,
Irving Stitsky. I will write from
my heart how I feel about Irving.
We are currently married 15 years -
We met in 2003. When I met Irv -
I fell in love with a man who was
and still is a family man. My first
attraction to him was his dedication
to his children, sisters, mother, and
many nephews and nieces. As a single
mother this impressed me as I had
2 children, that unfortunately did
not have a loving father. Irving
took my 2 children in as his own.
Ashley was 12 - Dillon was 10. They
needed, and thrived when Irving
came into our lives. As did I. We
felt love and compassion for the
first time. My son desperately
needed a father figure and Irving
was there for him in every sence
of the word - Father. My son

started to open up, he did
better in school, etc. Irving
took him under his wing.
  We married in 2005 and we
lived in Bayside - a major ad-
justment for us - we are from
Dutchess County - Born and raised.
When all this "stuff" happened I
was shocked - We did not live beyond
our means in anyway - I continued
to work in my cleaning business -
I cleaned houses and offices. I
told Irving at this point we are
moving out of Queens - we are going
to Dutchess - and we did. We rented
a humble home in Milan - town-
ship of Red Hook, N.Y. This is where
I saw a major shift in our re-
lationship. We became incredibly
close and happy. Irving found
a life he always wanted - A "farm
boy" at heart, I mean in every
way. I saw enjoyment in Irv -
mowing the lawn, cutting down
trees - dungarees and sneakers

were his "go to" outfit — When I tell you he enjoyed the simple life — I mean it from my heart. He built a tree house with my son — something my son dreamed about his whole life. My daughter would go to Irv for advice on boys. My children were truly loved and happy. Irving went to my sons school to talk to his teachers, making sure he had a proper education. My daughter became a Certified nursing Assistant. They were truly thriving. This is all due to the love and emotional support they recieved from their stepfather — Irving. This is a man who holds family values and treated me with the upmost respect and compassion. Irving found a new way of life in the country, I showed him a way of life which he became an even better person. He was humble and enjoyed every minute of our "simple" Country

life.
    This is a difficult letter to
write only because it is
impossible to believe anything
bad about him - if anyone
could have seen how he was when
we were together in Milan - then
everyone would have seen what
a beautiful soul he has. This is
a man who adopted dogs - and
helped me rescue ferrel cats even
though he was allergic - I mean,
how can I possibly make clear
that the I living I fell in love with
and lived with is truly not the
person portrayed as, he is <u>not</u> a
horrible monster that should be
locked away when he has done so
much good for so many people,
and would continue to do so
much more - he gives so much of
himself for the sake of others.
For instance, it has been 10 yrs
and I have had to find a way

to move on, as he is. We have decided together that we are at a crossroad in our life and at this point a divorce is inevitable but he has never stopped asking me if I'm ok and he never will, because he cares deeply about people. We will always love each other but unfortunately his incarceration has put a strain on our marriage - so much has happened.

My son, "our" son, Dillon was killed in a car accident 4 yrs after Irv's incarceration and I was devestated - my life took a turn for the worse and I was alone - I met a man along the way who I needed to turn to ~ that never stopped Irv from calling me and checking on me to see if I was surviving. Honestly, I can only wish we could have grieved Dillon's loss together but he never stopped caring, and he endured the pain alone in prison. My

God – this man has suffered
enough – 10 yrs for something
I quite frankly don't believe
he should be in prison for.
 I'd like to focus on who Irv
is today. He is a compassionate
man. He talks to Hashem daily
as a religious man. He has
humbled himself and is already
an older man who wants to
live out his life in peace and
surrounded by his family, children,
and grandchildren. I pray for
him to have the opportunity to
find that peace, grow older with
someone and be in the presence
of his family in his golden years.
 I wish I could put in this letter
a video of our life together and
who Irving has become. I beg
and plead from the bottom of
my heart that he does not have
to spend another day in prison –
depriving so many people who

would benefit from this man
being in thier lines. This man
changed my life for the better,
most importantly, he changed my
childrens lines for the better.
Everyone of his biological children
have become successful adults
because of his influence and that
is a testament to the kind of
father he was.

In closing I can only say that
it is an absolute shame to see
Irving's life locked away and
the potential he can give to his
grandchildren as he approaches old
age.

Thank you for taking the time
to read this,

Sincerely,

Nadine Stro