# EXHIBIT F

Response to Inmate Request to Staff Member

STITSKY, IRVING
Register Number: 14996-074
Unit: G-B

---

This is in response to the request submitted by Attorney David M. Schwartz, on your behalf, dated April 13, 2020, wherein he requested a Reduction In Sentence (RIS) or release to Home Confinement based on concerns related to COVID-19.

Home Confinement under the First Step Act provides guidance on eligibility, such as Home Confinement for Low Risk Offenders and Pilot Program for Eligible Elderly Offenders and Terminally Ill Offenders. You were reviewed for Home Confinement pursuant to those guidelines and do not meet the criteria.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition, debilitated medical condition, status as a new law elderly inmate, an elderly inmate with medical conditions, or any other elderly inmate, the death or incapacitation of the family member caregiver of the inmate's child, or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, based on the above information, you do not warrant an early release from your sentence or placement on Home Confinement. Accordingly, your request for Reduction In Sentence and/or placement on Home Confinement has been denied.

If you are not satisfied with this response, you may appeal to the Regional Director, Federal Bureau of Prisons, U.S. Custom House, 2nd and Chestnut Street, Philadelphia, Pennsylvania, 19106, within twenty (20) calendar days of the date of this response.

_____                    6/8/20
J. Petrucci, Warden                                Date