# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

WHEREAS **IRVING STITSKY**, Reg. No. 57309-053, was convicted, in the United States District Court for the Southern District of New York on an indictment (Docket No. 01: S1-06-CR-357-02 (KMW)) of violations of Sections 78j(b) and 78ff, Title 15, United States Code, and Sections 371, 1341, and 1343, Title 18, United States Code, for which a total sentence of 85 years' imprisonment, three years' supervised release, $23,152,235 restitution, and a $500 special assessment was imposed on July 6, 2010; and

WHEREAS the said **IRVING STITSKY** has been confined continuously since the jury returned a verdict of guilty on November 23, 2009, and is presently incarcerated at the Federal Correctional Institution – Otisville in Otisville, New York; and

WHEREAS it has been made to appear that the ends of justice do not require the said **IRVING STITSKY** to remain confined until his currently projected release date of May 25, 2082, and the safety of the community will not be compromised if he is released;

NOW, THEREFORE, BE IT KNOWN that I, **DONALD J. TRUMP**, President of the United States of America, in consideration of the premises, divers other good and sufficient reasons me thereunto moving, do hereby grant clemency to the said **IRVING STITSKY**: I commute the prison sentence imposed upon the said **IRVING STITSKY** to time served. I leave intact and in effect the remaining unpaid balance, if any, of the $23,152,235 restitution obligation, the special assessment of $500, the three-year term of supervised release with all its conditions, and all other components of the sentence.

**I HEREBY DESIGNATE**, direct, and empower, the Acting Pardon Attorney, as my representative, to deliver to the Bureau of Prisons, to the United States District Court for the Southern District of New York, and to the said **IRVING STITSKY** a certified copy of this document as evidence of my action in order to carry into effect the terms of this grant.

**I ALSO DIRECT** the Bureau of Prisons, upon receipt of this warrant, to effect the immediate release of the said **IRVING STITSKY** with all possible speed.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington in the District of Columbia this twenty-third day of December in the Year of Our Lord Two Thousand and Twenty and of the Independence of the United States the two Hundred and Forty-fifth.*

**DONALD J. TRUMP**
**President**